CA 07 409 T

United States District Court
For The District Of Rhode Island

Oliver Lyons
V
AT Wall Et al

42 U.S.C. 1983
Civil Action
filed under A.D.A 12101
Americans with Disability Act

Jurisdiction

This Court has lawful Jurisdiction over this legal action pursuant to section 42 U.S.C. 1983
This Complaint also invokes the Pendant Jurisdiction Of This Court

Parties

The Plaintiff Oliver Lyons is a 57 year old white male prisoner in the care and custody of the Rhode Island Department Of Corrections in Cranston Rhode Island 02920
Prior to entering prison the Plaintiff was suffering from severe mental illness and was on disability
The Plaintiff has been kept in an Segregation cell for 7 years 7 months Consecutive and is suffering from bipolar disorder and Schizophrenia.

1

Lyons V A T Wall Etal Complaint

Parties

Defendants A T Wall Warden Weeden Captain Ashton LT Oden LT Duffy and LT Travers are being sued in both their individual and official capacity viz viz on the theory of respondent Superior

The Defendants Pinheiro Pezza Meles Coleman and Cummings make up the rank and file and are being sued in their individual and official capacities

At all time material and relevant to the facts alleged in this Complaint the defendants acted under the color of State law

This is a civil action law suit being brought and filed by the Plaintiff Oliver Lyons a prisoner in the care and custody of Defendants officials Wall Etal

Lyons V Wall Etal Complaint

Pursuant to U.S.C. 42 1983 The Plaintiff alleges The Violation and Abridgement of his Constitutionally protected rights under The 1st Amendment The right To Legal access unopened legal mail and legal materials and The 8th Amendment To be protected from cruel and unusual punishment and The 14th Amendment viz The right to "Due Process" of law.

The Plaintiff also seeks The right To a Jury Trial on demand and a declaratory judgement That holds The defendants responsible for Their wrongful misconduct and actions, monetary damages and injunctive relief

Lyons V Wall Et al Complaint

Facts And Travel Of Case

## Facts And Travel Of Case

On November 17 2005 the Plaintiff was moved to Maximum Security prison in Cranston Rhode Island because of a pending law suit on High Security officers.
The Plaintiff was kepted in a cell behind the hospital taking single recreation and single showers because he was Classified High Security SRS 1 single recreation Segregation inmate.
The Plaintiff was the only Segregation inmate being given outside recreation.
Then on February 2, 2006 the Plaintiff was moved to the care and custody of New Hampshire State prison in Concord.
This was during pending litigation in United States District Court and without the knowledge of the Court.
The medical doctors in New Hampshire were shocked when they viewed my medical records.
During a Telephonic Conference with Deputy Chief Legal Counsel

Michael Grant, Magistrate Hagopian and the Plantiff the Magistrate was unaware I was in New Hampshire State Prison.

This move was in retaliation for my law suit.

On March 9 2006 I was moved back to Rhode Island care and custody and put behind the hospital once again with a single shower, single recreation on Segregation High Security status. Once a prisoner leaves the care and custody of Rhode Island and is moved out of State the inmate is not put in Segregation. In New Hampshire I wasn't put in Segregation.

Upon my return to Rhode Island I was put back in Segregation.

On July 17 2006 defendant Captain Ashton (who was recently arrested and charged with assault and spitting in the face of a female Counselor named

Kristen Lomberto and arraigned before Justice Bucci in District Court.

On July 17 06 this defendant Captain Ashton said "I don't care about the Courts, policies, or your High Security Classified single recreation and shower status". "You are taking showers and recreation with Maximum Security inmates"

"You will not get outside recreation or your knee brace nor footwear."

At all other Security's I was given outdoor recreation, footwear for bone spurs and knee brace for four torn ligaments."

On July 17 06 defendant Ashton with the consent of Warden Weeden and defendant A.T. Wall I was moved to regular Segregation and made to take, inside recreation shower with other inmates and denied my knee brace and footwear both doctor perscribed.

On August 3 2006 I was set up by officers and attacked by a very violent and assaulted inmate named Erving Briggs. I sustained 20 stitches over my left eye and fractured left thumb and right ring finger. I was taken to Kent County hospital and treated.
Both fractures have gone untreated defendants Pinheiro and Cummings denied me my knee brace and Coleman footwear to go on hospital furloughs. This Court must take responsibility for this continued abuse.
After my injuries defendant Ashton and Warden Weeden again refused to move me back in back of the hospital and denied me outside recreation knee brace footwear and exposed me to additional assaults.
Defendant Meleo whose mother I lived with for 3 years is now working my Segregation block. I was going to Testify on defendant Meleo for sexually

molesting his 4 year old niece along with his father.
This is all documented with district Court records. Providence
On December 8, 2006 an inmate threw a cup of urine in my face while collecting food trays while collecting food trays.
( Collecting food trays by inmates is a violation of D.O.C policy)
This inmate also physically assaulted an inmate on recreation because he refused to urinate in a cup. This was all on Surveillance tape. I was repeatedly gassed in a locked cell!
I reported this to Internal Affairs Inspector Lopez and requested the tape.
Inspector Lopez said "Inmates can't collect food trays and I will view the tape."
Like always I never heard a word from Inspector Lopez and Captain Ashton said "Fuck policy Inmates will collect food trays" and they still do

On December 8, 2006 I was also assaulted with gas by defendant Captain Ashton on Surveillance Tape.
This Court allowed defendants to destroy most all discovery over a Two year eight month period despite many motions to compel
On December 8, 2006 I was put in a cell Seg 29 called the "box"
This was per orders of defendant Ashton
Captain Ashton said "You will rot in that cell" The Plaintiff has not had outside fresh air nor sunshine in 18 months.
In May 2007 I had to refuse knee surgery because I could not rehab in this tiny Segregation cell.
On January 28, 07 I was put in a holding cell cuffed behind my back and repeatedly gassed by defendant Ashton over a two hour period.
On the 3-11 defendant Duffy gassed me twice more causing me to fall injuring my knee and hitting my head on the toilet
I was put in a shower with my clothes on to remove all the gas by defendant Duffy.

I was put outside soaking wet and kepted waiting 20 minutes because LT Travers said "He couldn't make up his mind if "I was going to Intake hospital in a Van or Car."

At Intake I was given 3 showers to take the gas off my body.

C O Coraicelli and Captain De De were very very nice and understanding.

Again Internal Affairs and the State Police refused to speak with me.

Captain Ashton threatened me not to write the Courts

On June 28 07 I was again put in a holding cell and repeatedly gassed by Captain Ashton while cuffed behind my back.

Witnessed by inmates.

Then I was put back in cell 29 and in front of the entire block defendant Ashton held the gas to my head and said in a loud voice "call me Uncle Leo" "

I have repeatedly contacted internal Affairs who cover up along with the State Police on the grounds of the D.O.C.

On August 5, 2007 an officer defendant Pinheiro came to my cell and stated "Watch my work."

He must have got on the phone and called defendant Ashton. Defendant Ashton then came to my cell all on Surveillance tape destroyed after 2 weeks and defendant Ashton said "Did you spit on Officer Pinheiro" I said "No."

Defendant Ashton then kept gassing me a good 10 to 12 times making it impossible to breathe. Then my cell trap was closed and a half hour later an extraction team came with a cameraman with sound and audio! I was gassed and assaulted and extracted from cell.

I was never asked to cuff up

per D.O.C policy Audio should show this
When I filed lawsuit 04 3807
The defendants were allowed
to withhold all discovery
for 2 years 8 months.
I filed many motions to Compel.
Most extraction tapes all audio
tapes and photos were destroyed
and what was left was tampered
with and went blank with
sound and video.
Defendant Pinheiro wrote a
discipline infraction for spitting
without any witness.
Two day later defendant
Ashton spit in my face and
wrote a discipline infraction
saying I spit on him.
A CO DeBritto witnessed
defendant Ashton spitting at
me but said "I'd be fired
if I said anything".
Again this discipline infraction
had no witnesses.
I was found guilty without
being allowed witnesses or
Surveillance tape or Counselor.

Audio tapes of discipline boards are suppose to be kept for a minimum of three years. Again D.O.C. Policy When I filed my law suit 04 380T all discipline board tapes were destroyed and this Court knowingly did not Compel the defendants and they were all blank.

At the discipline board there is a LT Oliver or LT Oden No Counselor or other board member Witnesses and films and Surveillance Tape are not allowed.

A clear "Due Process" Violation and 14th Amendment Violation.

At High Security and Med I Security you are allowed witnesses and a 3 member board.

At Maximum Segregation there is not a law cart nor counselor in the Segregation block.

The law cart is under lock and key in the control center.

At Med I security and High Security law carts are taken to an inmates cell upon verbal request.

or the inmate is put in a locked room with the law cart.
Paper and envelopes I must borrow from inmates for legal work and access to the Courts
My legal mail does not go to inmates accounts for 8 days and it is two weeks before the Court receive my documents.
This is done to have the Plaintiff found in default.
The Plaintiff further alleges and contends that in addition to the numerous gassings and assaults that defendants have subjected him to that he has been made to endure emotional and psychological pain and suffering viz viz the defendants and their agents. As they have knowingly and willfully allowed the Plaintiff to also be abused in the following ways-
Denied single recreation and single showers despite repeated assaults with urine and physical assaults
Been denied doctor perscribed knee brace, footwear, and any

outdoor recreation for 18 months.
Withheld legal mail, access to
a law cart and put the Plaintiff
in constant fear for his life
This is malicious sadistic and
seems to be condoned by this Court
Defendant Ashton not only violates
policy but was arrested for his
threatening and sadistic assault
upon a female Counselor.
This Court has documents where
a Justice of this Court said
"This officer has been acting
with lawlessness and wasn't
disciplined at the Department of
Corrections"
This was (1991)
This was in the Providence Journal
on September 13 07
This Court is responsible for
this sick and cowardly behavior.
This Plaintiff continues to have
his Constitutional rights violated
in some of the most egregious
ways imaginable

Claims

1st cause of action

The Plaintiff states and asserts that defendants Violated his 8th Amendment Prohibition against cruel and unusual punishment by subjecting him to a constant barrage of gassings and excessive use of force knowingly willfully and with malicious intent enumerated under facts and Travel

Legal Arguments

The cruel and unusual punishment clause was designed to protect those convicted of crimes.

The treatment a prisoner receives in prison and his conditions under which he is confined are subject to scrutiny under the 8th Amendment. Helling v McKinney 509 U.S. 25 31 113 S.CT 2475 2480 1993 when prison officials place prisoners in dangerous surroundings .... When they are deliberately indifferent to a prisoners health and safety they violate the Constitution Cortes Quinones v Jiminez Nettleship 842 F 2D 556 558 1st Circuit (1988)

Claims

1st Cause of action Legal argument
Farmer v Brennan 511 U.S. 825 114 S ct 1970
128 L 2nd 811 1994 holding a prison official is deliberately indifferent when the official know of yet disregard an risk to prisoners health and safety
Estelle 429 U.S. at 104-105
When non medical officials interfere with the Treatment that your doctor has ordered.
2nd Cause of action
The Plaintiff states and asserts that defendant officials Wall Et al violated the Plaintiff's "Due Process" rights under the 14th Amendment by subjecting him to an unfair and arbitrary discipline board calculated to deny counselors witnesses and all physical evidence.
This is an obvious tactic so unfair discipline infractions are not exposed.

Claims Legal Argument
2nd Cause of action "Due Process"
For defendants officials to be held in violation of Plaintiff's "Due Process" they must have subjected him to an atypical and significant hardship in relation to the ordinary incidents of prison life.
Sandin v Conner U.S. Supreme Court 515 U.S. 472 484 (1995)

Claims

3rd Cause of Action

1st Amendment Violation

The Plaintiff's mail is opened and tampered with and read by officers. This is privileged communications. "Due Process" means prison official are not supposed to restrict your access to the Courts or lawyers

Legal Arguments

Castillo v. Cook County Mail room 990 F 2nd 304 7th Circuit (1993)

The Federal Courts have that the "Due Process" Clause of the 14th Amendment "incorporates" most of the bill of rights.

Access to law cart, legal materials and Counselors to notarize or make attorney calls, for Segregation inmates are all "Due Process" Violations

Relief

A Plaintiff may have a Federal cause of action under 42 U.S.C. 1983 for alleged violations of his or hers Constitutional rights to establish a Violation of 42 USC 1983

A Plaintiff must demonstrate

1 That he or she was deprived of rights and privileges or immunities secured by the Constitution or laws of the United States

2. That the challenged conduct was committed by a person acting under the color of State law West v Atkins 487 U.S. 42 48 (1986)

Relief

The Plaintiff in proceeding Pro Se should not be held to the same standard of Pleadings required by lawyers Haines v Kerner 404 United State Supreme Court

It seems that in Rhode Island a Pro Se litigant is held to a higher standard and that the Fed R of Civil P are not afforded a Pro Se litigant

This is contrary to Haines v Kerner

Relief

Where upon the Plaintiff believes himself to be entitled to the following.

A. A preliminary Injunctive Relief

B. A Jury trial on demand

C. A declaratory judgment against the actions of defendants Wall Etal in and of Plaintiff

D. A court order directing defendants to re instate any and all good time taken away from the Plaintiff as a result of falsified disciplinary reports filed against him

E. Punitive and compensatory monetary damages in the amount unspecified to be determined by a Jury

F. Costs and legal expenses incurred to be repaid to the Plaintiff and/or Attorney

Relief

G. Barr the defendants from taking retaliation actions against the Plaintiff

H. Any other relief this Court may deem necessary and fair.

Plaintiff Pro Se

Oct 30,07 Oliver Lyons

Oliver Lyons
P.O. Box 8273
Cranston, R.I 02920

Verified Complaint

This is a verified Complaint the undersigned clearly attests under penalty of perjury that the facts alleged to in this Complaint are true and correct to the best of my knowledge and belief

Oct 30,07 Plaintiff Pro Se
Oliver Lyons
Oliver Lyons
P.O. Box 8273
Cranston RI 02920

Sworn and subscribed to before me on this day of October 2007

Notary Public

______________

Requests to notarize are all ignored!

My commission expires ________