RECEIVED
NOV 20 2007
Property of U.S. District Court
District of Rhode Island

United States District Court
For The District Of Rhode Island

Oliver Lyons
v
AT Wall Etal

Ca No 07-409 ML
filed under ADA 12101
Americans with disabilitys Act

Dear Ms Honorable Justice Lisi

I would please ask that Magistrate Hagopian recuse himself from the above entitled matter for the following reasons.
During one of the Plaintiff's Telephonic Conferences with Attorney Grant the Plaintiff and Justice Hagopian the following was said and I quote

Plaintiff "Your Honor your ruling are bias and lack legal precedent"

Magistrate Hagopian "Mr. Grant and I go way back" He was my law Clerk"

Mr. Grant "I wish you hadn't said that Judge"

That is a conflict Your Honor
Ms Justice Lisi
Please take whatever action you
deem necessary or I will object
to the Status Quo

Sincerely
11-14-07 Oliver Lyons
P.O. Box 8273
Cranston RI 02920

Certification
On 11-14-07 the Plaintiff
mailed a copy of his enclosed
letter to Ms Justice Lisi
to the defendants legal Counsel
at 40 Howard Avenue Cranston RI 02920

11-14-07 Plaintiff Pro Se
Oliver Lyons
P.O. Box 8273
Cranston, RI 02920