United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

Ca, No 07-409 ML
Filed under ADA 12101
Americans with disability's Act

Motion For Appointment Of Councel

Pursuant to 28 U.S.C. 1915(e)1 the Plaintiff moves for an order appointing councel to represent him in this case. In support of this motion plaintiff states

1 Plaintiff is unable to afford councel and has been granted In Forma Pauperis status to file his Complaint

2 Prior to entering the prison the Plaintiff was suffering from severe mental illness and was on disability for many years

3 The Plaintiff has been kepted in a Segregation cell for seven years Seven months consecutive despite suffering from bi polar disorder and Schizophrenia

4. The defendants legal Counsel submitted a legal document to this court where he makes the following Statement Of The Facts
"It is clear that the Plaintiff has suffered from mental illness and personality disorders for many years"

5. "Plaintiff's records document numerous threats to correctional staff and incidents where he has severely injured himself" end quote

6. The Plaintiff has his cell and legal paper destroyed in retaliation by the defendants.

7. The Plaintiff is threatened each day and harassed constantly and this with medications and my mental illness makes it very hard if not impossible to prosecute my cases before This Honorable Court

8. The Plantiff is imminent danger of Future injuries.

9 The case will require investigation and credibility is very important

10 The Plaintiff's condition of incarceration and disability make it impossible to investigate and access discovery.

Wherefore the Plaintiff requests that the court appoint Counsel a member of the Rhode Island Bar as counsel in this case

11 14 07 Plaintiff Pro Se
Oliver Lyons
P.O. Box 8273
Cranston Rhode Island 02920

Certification

The Plaintiff certifies that he
mail copies of his Motion
For Counsel in Ca No 07 409 ML
to the United States District Court
1 Exchange Street Providence RI 02903
and to the defendants legal
Counsel at 40 Howard Avenue
Cranston RI 02920

11 14 07 Plaintiff Pro Se
Oliver Lyons
P.O. Box 8273
Cranston, RI 02920