United States District Court
For The District Of Rhode Island

Oliver Lyons
v
AT Wall Etal

Ca No 07 409 ML

Motion To Proceed In Forma Pauperis

Pursuant to Section 1915 of Title 28 of the United States Code the Plaintiff in the above entitled matter asks this Honorable Court to Proceed In Forma Pauperis.

The Plaintiff has submitted a copy of his prison trust account statement as required by 28 U.S.C 1915 (a) 2 but did not file a Motion to proceed In Forma Pauperis. This is the Plaintiffs Motion to Proceed In Forma Pauperis and the Plaintiff respectfully asks this Court to grant his Motion. The Plaintiff is without any funds whatsoever.

11-15-07 Plaintiff Pro Se

Oliver Lyons
P. O. Box 8273
Cranston R I 02920

Certification

The Plaintiff certifies that he sent copies of his Motion to proceed In Forma Pauperis to The United States District Court 1 Exchange Terrace Providence Rhode Island 02903 and to the Defendants Legal Counsel 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se

11-15-07 Oliver Lyons

P.O. Box 8273

Cranston RI 02920