**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**

**v.** **C.A. No. 07-409 ML**

**A.T. WALL.**, et al.

**ORDER**

Plaintiff Oliver Lyons filed a Complaint in the above captioned case on November 6, 2007. Along with the Complaint, the plaintiff submitted a copy of his prison trust account statement as required by 28 U.S.C. § 1915(a)(2) but he did not file a motion to proceed *in forma pauperis*.

Accordingly, **IT IS HEREBY ORDERED** that the plaintiff shall pay the initial filing fee of $350.00, or file a motion to proceed *in forma pauperis*, within twenty days of the date of this Order.

Failure to comply with this Order will result in a dismissal of this action.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 13 Nov 2007

2