United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

42 USC 1983
Ca No 07 409 ML
Filed under the ADA 12101 -12213

Motion For Appointment Of Counsel under In Forma Paupers Law 28 U.S.C. 1915(e) / Plaintiff asks this Court to Appoint Counsel for the following

The Plaintiff is unable to afford Counsel because he is indigent

Prior to entering prison in 2000 the Plaintiff was on disability suffering from bipolar disorder and Schizophrenia.

The Plaintiff was leading a normal life with proper medication and free of any violence his entire life.

The Plaintiff has been kept in a Segregation cell for 7 years 7 months.

The Plaintiff has been locked down in a tiny cell 23 hours a day M-Fri and all day Sat Sun and holidays.

The Plaintiffs access to a law library is denied law cart and many legal

materials.
The defendants claim the Plaintiff has suffered from mental illness severe mental illness and "self inflicts" the severe injuries sustained by the Plaintiff. Then why were films destroyed audio tapes blank photo's missing?
The defendants claimed they had VCR tapes showing the Plaintiff giving himself rib fractures, multiple facial fractures, two concussions lacerated kidneys bruised liver, numerous stitches internal bleeding four torn ligaments lacerated eye cornea. Where are the Justice Haggiani?
Why won't they put me in a cell with a camera.
Why was I moved from behind the hospital?
Why was I moved from Med I security.
I do have severe mental health issues but I don't inflict injuries where I must be transported to outside hospital.
If I inflicted these severe injuries Why am I not in a mental hospital?

At my trial 04 380T while on psychotric meds and pain killer Vicodin I had to ask myself questions on the witness stand deal with the defendants objections and Justice Torres questions and then keep my train of thought and answer the question put to myself.

The trial was a shameful proceeding!

Five Motions For Appointment of Counsel denied by Magistrate Hagopian.

During a Telephonic conference I told Mr. Justice Hagopian his rulings were bias and didn't have any legal precedent

Mr. Justice Hagopian stated "Mr. Grant and I go way back" "He was my law clerk at one time"

This is an obvious conflict and I ask that Justice Hagopian recuse himself from my case 07 409 ML

I ask that this Court grant my Motion For Appointment Of Counsel

In support the Plaintiff encloses the defendants Settlement Conference Statement Statement Of The Facts

and a copy of a letter the Plaintiff sent Dr. Frederic Friedman Director Of Mental Health 2

11-26-07 Plaintiff Pro Se
Oliver Lyons
P.O. Box 8273
Cranston RI 02920

Certification

On November 26 2007 the Plaintiff in Case no. 07 409 ML mailed a hand written copy of his Motion For Appointment of Counsel In Forma Pauperis to the United States District Court 1 Exchange Terrace Providence RI 02903 and to the defendants Legal Counsel 40 Howard Avenue Cranston RI 02920

11-26-07 Plaintiff Pro Se
Oliver Lyons
P.O. Box 8273
Cranston RI 02920