UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C. A. NO. 04-380 T

A. T. WALL, ET AL

**DEFENDANTS' SETTLEMENT CONFERENCE STATEMENT**

I. **STATEMENT OF THE FACTS**

Plaintiff, Oliver Lyons, Pro Se, has filed the instant complaint pursuant to 42 §U.S.C. ¶ 1983 alleging violations of his constitutional rights, naming numerous employees and officials at the Rhode Island Department of Corrections. Basically, Plaintiff alleges that he has unlawfully been subject to assaults by correctional officers and by other inmates, in violation of his constitutional rights.

Upon review of Plaintiff's medical records, during all pertinent times, it is clear that Plaintiff has suffered from mental illness and personality disorders and for many years at the ACI, has been treated by psychiatrists and other mental health professionals. Plaintiff, on many occasions, has been held on crisis management status (CMS) because of his statements to various prison officials expressing thoughts and intentions of suicide; Plaintiff has displayed over long periods of time outrageous, violent, and disruptive behavior, causing injury himself, and including incidents of he smearing his feces on the walls and door of his cell. Plaintiff's records document numerous threats of correctional staff and incidents where he has severely injured himself.

On Pages 15 and 16 of the Plaintiff's Complaint, Mr. Lyons outlines an event that takes place in June of 2003 when he was extracted from his cell by several correctional officers.

Plaintiff alleges that during this extraction, the officers assaulted him unlawfully. The extraction allegedly took place in June of 2003. Defendants can demonstrate that the reason Plaintiff was extracted from his cell is because he refused a lawful order of being handcuffed before being allowed to exit his cell, was extremely disruptive and violent and therefore, the extraction team, consisting of five (5) correctional officers, were required to remove him from his cell with force. At no time did the Defendants exercise or utilize unlawful force, and any injuries suffered by the Plaintiff were due to his own violent and disruptive behavior.

## II. SUMMARY OF PROCEEDINGS

Plaintiff has filed motions for summary judgment and for preliminary injunction which were denied by this Honorable Court. Plaintiff has conducted substantial discovery.

Respectfully submitted,
Counsel for Defendants,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

## CERTIFICATION

The undersigned hereby certifies that on this, the 14 day of FEBRUARY, 2007, I mailed a true copy of the within Defendants' Supplemental Production of Documents to Oliver Lyons, P. O. Box 8273, Cranston, R. I. 02920.