**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**
**PLAINTIFF,**

**v.** **C.A. No. 07-409 ML**

**DIRECTOR A.T. WALL,**
**WARDEN JAMES WEEDEN,**
**CAPTAIN ASHTON, LIUTENANT ODEN,**
**LIUTENANT DUFFY, LIUTENANT TRAVERS,**
**CO PIZZO, CO PINHEIRO, CO MELEO, CO COLEMAN,**
**CO CUMMINGS,**
**DEFENDANTS**

**ANSWER OF A.T. WALL II, JAMES WEEDEN, LIUTENANT ODEN, LIUTENANT DUFFY, LIUTENANT TRAVERS, CORRECTIONAL OFFICER PIZZO, CORRECTIONAL OFFICER PINHEIRO, CORRECTIONAL OFFICER MELEO and CORRECTIONAL OFFICER COLEMAN**

Now come Defendants, A.T. Wall, James Weeden, Liutenant Oden, Liutenant Duffy, Liutenant Travers, Correctional Officer Pizzo, Correctional officer Pinheiro, Correctional officer Meleo, Correctional Officer Coleman and hereby answer the Complaint of Plaintiff, (“Plaintiff” or “Lyons”), as follows:

## JURISDICTION

1. Paragraph 1 is jurisdictional in nature and no responsive pleading is required thereto; if deemed required, Defendants deny the allegations in Paragraph 1 and leave Plaintiff to his proof thereof.

2. Paragraph 2 entitled “Parties”, Defendants admit that Plaintiff is a 57 year old white male incarcerated at the Rhode Island Department of Corrections;

3. Defendants deny all remaining allegations contained in Plaintiff’s complaint and leave Plaintiff to his proof.

## FACTS AND TRAVEL OF CASE

4. Defendants deny all allegations contained in Plaintiff’s complaint outlined under “Facts and Travel of case” and leave Plaintiff to his proof.

## FIRST CAUSE OF ACTION

5. Denied.

## SECOND CAUSE OF ACTION

6. Denied.

## THIRD CAUSE OF ACTION

7. Denied.

WHEREFORE, Defendants respectfully request that Plaintiff's Complaint be dismissed; that Judgment enter for Defendants; that costs and attorney's fees be awarded to Defendants; and such other and further relief as justice may require.

**DEFENDANTS HEREBY DEMAND A TRIAL BY JURY.**

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted. Plaintiff's Complaint fails to allege facts sufficient to show that Plaintiff is entitled to recover any damages as against Defendants.

### Second Affirmative Defense

Defendants have the benefit of the State's status as sovereign, together with all privileges and immunities which inure to said sovereign status.

### Third Affirmative Defense

Defendants have the benefit of all expressed and implied exceptions to the waiver of sovereign immunity.

### Fourth Affirmative Defense

Defendants claim the benefit of Eleventh Amendment immunity to the extent applicable to this civil action.

### Fifth Affirmative Defense

At all times material to the matters alleged in the Complaint, the State, its officers, agents and employees, were in the exercise of due care and had in good faith duly fulfilled any and all duties owed to Plaintiff if, in fact, any duties were owed.

### Sixth Affirmative Defense

Defendants acted reasonably and in good faith and did not violate any clearly established law and, therefore, plead qualified immunity.

**Seventh Affirmative Defense**

The acts or omissions of Defendants were not a conscious disregard of Plaintiff's needs or rights; were not intentional and willful; and were not in violation of Federal or State law.

**Eighth Affirmative Defense**

The acts or omissions of Defendants do not constitute actual fraud, willful misconduct, or actual malice in violation of Federal or State law.

**Ninth Affirmative Defense**

Defendants plead that Plaintiff has failed to exhaust his administrative remedies under the Department of Correction's inmate grievance policies and practices.

**Tenth Affirmative Defense**

Defendants plead any and all applicable defenses of assumption of the risk.

**Eleventh Affirmative Defense**

Defendants plead that Plaintiff caused and/or contributed to the alleged injuries or damages complained of, and therefore, Defendants plead the doctrine of comparative and/or contributory negligence.

**Twelfth Affirmative Defense**

Defendants plead that a person or persons other than its officers or employees caused and/or contributed to the alleged injuries and/or damages.

**Thirteenth Affirmative Defense**

Plaintiff is not entitled to monetary damages as against Defendants under Federal or State law.

**Fourteenth Affirmative Defense**

Plaintiff is not entitled to punitive damages as against Defendants under Federal or State law.

**Fifteenth Affirmative Defense**

Plaintiff is not entitled to attorney's fees, interest, or costs under Federal or State law.

**DEFENDANTS HEREBY DEMAND A TRIAL BY JURY.**

Respectfully submitted,
DEFENDANTS
By their Attorney,
Michael B. Grant
*/s/ Michael B. Grant*
______________________________

Michael B. Grant, Bar No. 3864
40 Howard Avenue
Cranston, RI 02920
Tel: (401) 462-2910
Fax: (401) 462-2583

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a true copy of this Answer, first class mail, postage pre-paid, on this 6th day of December, 2007 to those indicated below:

*/s/ Michael B. Grant*
______________________________

**Oliver Lyons**
P.O. Box 8273
Cranston, RI 02920