United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

42 USC 1983
Ca No 07-409 ML
Filed under the ADA
Americans with disability's Act

Motion For Preliminary Injunction
Pursuant to the Fed R Of Civil P
rule 65 a the Plaintiff asks that his Motion be granted for the following. Without the Courts help the Plaintiff will suffer more irrapable harm.
The Plaintiff is still in the same cellblock and building with the defendants are taking retaliation in the following ways with the knowledge and consent of their Superior Officers whom are also defendants.
Contrary to policy the defendants refused to open the Plaintiffs cell trap for the Plaintiff to receive his medications from the nurses.
The Plaintiff medication are crushed fine and the nurses are passing my meds through the crack of my celldoor

I must put two fingers through the crack and attempt to grab my meds 3 medication fell to the floor and I was told I was out of luck by a CO Moors and nurse Norah Prakue.

When I attempted to use a T shirt and shower shoe to bring my meds in from outside my cell a Shield was put up. See enclosed booking

I have not had a shower in two weeks and I am told by the defendants I will be assaulted.

I have refused to see the doctor or go for blood work.

Two weeks ago I was told my Carotid arteries were full of Plaque.

Five years ago I was to be put on a Special diet and have a stress test.

Strokes run in my family along with high blood pressure.

On my fathers side all my aunts and uncles died before 50 years of age.

I lost 2 cousins at 35 and 42 to strokes

07 409 ML

In my Complaint I allege under Facts and Travel how I was repeatedly assaulted with urine by an inmate collecting food trays contrary to D.O.C. policy.
It continued for a year with Mr. Walls knowledge and defendant Warden Weeden.
I am afraid to go on hospital furlough.
I am still denied my knee brace and Dr perscribed footwear.
I couldn't receive knee surgery because it would be impossible to rehab in this cell.
I dare Mr Justice Lisi to send a person from the Court to take pictures of this cell.
I'm tired of having my integrity questioned.
I also enclosed a letter with attached documents that defendant Wall defendant Weeden nor Doctor Friedman can explain.
I'm asking for my Motion For a Preliminary Injunction

be granted and I be returned
to population at Med I Security
Discipline free
Outdoor recreation with Medl inmates
Cellmates
Put in population with TV Radio
phone calls store orders reading
~~mail~~ materials and returned to
Segregation without a discipline
infraction and Classified to High
Security the next day.
There hasn't been any answers
to my question Why
After 5 years consecutive in a
Segregation cell without TV Radio
Visits phone calls store orders.
There isn't anyone who wouldn't
call this cruel and unusual except
the defendants Magistrate Hagopian
and the United States District Court

Plaintiff Pro Se
11-28-07 Oliver Lyons
P.O. Box 8273
Cranston Rhode Island 02920

Certification

The undersigned Plaintiff sent a hand written copy of his Motion For Preliminary Injunction to the United States District Court 1 Exchange Terrace and to the defendants legal Counsel at 40 Howard Avenue Cranston RI 02920

Plaintiff Pro Se
11-28-07 Oliver Lyons
P.O. Box 8273
Cranston RI 02920

5

[illegible] 13 A 11: 11
[illegible]