Dr. Friedman
Mental Health Director
Department Of Corrections
Cranston, Rhode Island 02920

Dear Dr. Friedman

Per our conversation one week ago you stated and I quote "We tried Medium I Security and it didn't work"
I then told you quite the contrary At Medium I Security I was discipline free, had taken recreation with Med I inmates and showers in an unlocked shower was not cuffed exiting my cell and more important had 3 cellmates in Segregation.
During this time there wasn't any alleged assaults by officers nor trips to outside hospitals for cuts, fractures bruises nor internal bleeding There also wasn't any alleged "self inflictions"
21 Trips to Emergency rooms while at High Security?

Please keep in mind I was Classified High Security SRG I Segregation.
Taking recreation with Med I inmates is against policy
Having Med I cellmates was against policy
Leaving my cell to take showers uncuffed was against policy and also put in an unlocked shower
I was kept Classified High Security Segregation while all this was going on.
I arrived at Med I Security on 3-22-05 and was discipline free and had cellmates and recreation with Medium I inmates until 8-15-05 when I was told by Warden Whitman that because of my behavior I was being put in population with a TV Radio store orders coffee, newspapers and other benefits population inmates enjoy
On 8-15-05 I was put in A building left in population with another inmate

Now three hours later on 8-15-05 a code blue was hit and officers arrived at my cell and said "Lyons cuff up you are going back to Segregation."
I said "You are playing a joke on me" and the officers said No
I was taken back to Segregation after only three hours in population
The next day 8-16-05 I was Classified to High Security After being in Segregation for five consecutive years doing this to a person who suffers from severe mental illness prior to entering the prison this was more than cruel and unusual and also a "Due Process" Violation
Counselor Debbie Moretti a person with an excellent reputation for integrity and a Counselor for 28 years said
"I have never seen anything like this in all the years I've worked here"

Debbie Moretti signed the enclosed
Travel Sheet and Discipline history
Sheet
I suffer from schizophrenia
and am bi polar and on disability
long before I ever entered prison.
Dr. Friedman I had thoughts
of suicide after this and
am filing a law suit through
Americans with Disability Act
I have been in a Segregation
cell for over 2 years 6 months
You Sir were given false information
You were lied to or you are
an outright liar.
The enclosed document are
clear and conclusive and
show a reckless and malicious
indifference to my psyche and
shameful to say the least
You Sir claim to be Director
of Mental Health
There isn't any Mental Health
This is what is done to an
inmate with mental illness
or claims to be suicidal

 see next page

DOC Mental Health Treatment

1. You are put in a cold filthy cell with only a mattress and underwear

2. If you still claim to be psychotic or suicidal your mattress and underwear is taken

3 If you still claim to be delusional or suicidal you have your drinking cup, toilet paper, water and toilet turned off.

4 When you can't stand the cold and humiliation you say I'm not suicidal and you are released if not you are cuffed and shackled to the bunk.

This is all on film and this is what the D.O.C. calls Mental Health
This Treatment of the mentally ill went out 50 years ago.

Sincerely
Oliver Lyons
P.O. Box 8273
Cranston, Rhode Island 02920

15

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/14/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | |
| 01/25/2005 | 10 | COURT APPEAR | REMANDED | | | |
| 01/26/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | |
| 02/04/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | |
| 02/07/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | |
| 02/08/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | |
| 02/09/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | |
| 02/09/2005 | 06 | TRANSFER | ISC L | 24B | - ISC L | 14B |
| 02/10/2005 | 10 | COURT APPEAR | P2022286A $500 TO HWOB | | | |
| 02/17/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | |
| 02/26/2005 | 06 | TRANSFER | ISC L | 14B | - ISC L | 11B |
| 03/09/2005 | 10 | COURT APPEAR | P2022286A UPDATED | | | |
| 03/22/2005 | 06 | TRANSFER | ISC L | 11B | - ISC HOLD | |
| 03/22/2005 | 06 | TRANSFER | ISC HOLD | | - MED SEG | 20B |
| 03/26/2005 | 06 | TRANSFER | MED SEG | 20B | - MED SEG | 17B |
| 04/07/2005 | 09 | SENTENCED | 5 YRS CONSECUTIVE PLUS 2 YRS CONS. | | | |
| 04/08/2005 | 06 | TRANSFER | MED SEG | 17B | - MED SEG | 07T |
| 04/11/2005 | 06 | TRANSFER | MED SEG | 07T | - MED SEG | 22B |
| 04/12/2005 | 06 | TRANSFER | MED SEG | 22B | - MED SEG | 08B |
| 08/05/2005 | 06 | TRANSFER | MED SEG | 08B | - MED HOLD | |
| 08/05/2005 | 06 | TRANSFER | MED HOLD | | - ISC L | 18B |
| 08/06/2005 | 06 | TRANSFER | ISC L | 18B | - ISC HOLD | |
| 08/06/2005 | 06 | TRANSFER | ISC HOLD | | - MED SEG | 08B |
| 08/06/2005 | 06 | TRANSFER | MED SEG | 08B | - MED HOLD | |
| 08/06/2005 | 06 | TRANSFER | MED HOLD | | - MED SEG | 08B |
| 08/15/2005 | 06 | TRANSFER | MED SEG | 08B | - MED AMODL | 11B |
| 08/15/2005 | 06 | TRANSFER | MED AMODL | 11B | - MED SEG | 08B |
| 08/16/2005 | 07 | CLASSIFY | INMATE WAS CLASSIFIED TO HSC | | | |
| 08/16/2005 | 06 | TRANSFER | MED SEG | 08B | - MED HOLD | |
| 08/16/2005 | 06 | TRANSFER | MED HOLD | | - ISC PSY | 01 |
| 08/17/2005 | 06 | TRANSFER | ISC PSY | 01 | - ISC HOLD | |
| 08/17/2005 | 06 | TRANSFER | ISC HOLD | | - MED SEG | 08B |
| 08/23/2005 | 06 | TRANSFER | MED SEG | 08B | - MED HOLD | |
| 08/23/2005 | 06 | TRANSFER | MED HOLD | | - ISC L | 20B |
| 08/23/2005 | 06 | TRANSFER | ISC L | 20B | - ISC K | 19B |
| 08/24/2005 | 06 | TRANSFER | ISC K | 19B | - ISC PSY | 04 |
| 08/25/2005 | 06 | TRANSFER | ISC PSY | 04 | - ISC L | 06B |
| 08/25/2005 | 06 | TRANSFER | ISC L | 06B | - ISC L | 18B |
| 08/26/2005 | 06 | TRANSFER | ISC L | 18B | - ISC L | 06B |
| 08/26/2005 | 06 | TRANSFER | ISC L | 06B | - ISC L | 17B |
| 10/12/2005 | 06 | TRANSFER | ISC L | 17B | - ISC L | 06B |
| 10/12/2005 | 06 | TRANSFER | ISC L | 06B | - ISC K | 01B |
| 10/12/2005 | 10 | COURT APPEAR | REMANDED | | | |

FROM 3/22/05 TO 8/15/05 - MED SEG
8/15/05 - SEG TO POPULATION AND BACK TO SEG
NO DISCIPLINE
D. Moretti

ID: 091073 OLIVER S LYONS ISC LOC: K 01B D.O.B. 01/01/1950

| LGT | BOOK--DATE | FINDING | FIND--DATE | ------INMATE APPEAL------ | | |
|---|---|---|---|---|---|---|
| | INFRACTION(S) | | | BOARD ACTION | | |
| 25 | 01/31/2005 | GUILTY | 02/02/2005 | YES | DENIED | 02/10/2005 |
| | Swearing, Cursing, Using any Vulgar, Abusive, Inso | | | | | 15 DAYS LOSS OF PRIVILEGES<br>15 DAYS LOSS OF GOOD TIME |
| 15 | | | | | | |
| 15 | 02/08/2005 | GUILTY | 02/11/2005 | NO | | |
| | Swearing, Cursing, Using any Vulgar, Abusive, Inso | | | | | 15 DAYS DISCIPLINARY CONFINEMENT<br>6 DAYS LOSS OF GOOD TIME |
| 6 | | | | | | |
| 6 | 02/09/2005 | NOT GUILTY | 02/14/2005 | NO | | |
| | Giving False Information to Any Correctional Staff | | | | | |
| | 03/04/2005 | GUILTY | 03/09/2005 | YES | DENIED | 03/16/2005 |
| | Interfering With the Duties of a Correctional Offi | | | | | 25 DAYS DISCIPLINARY CONFINEMENT<br>25 DAYS LOSS OF GOOD TIME |
| 25 | | | | | | |
| 25 | 03/04/2005 | GUILTY | 03/09/2005 | YES | DENIED | 03/16/2005 |
| | Interfering With the Duties of a Correctional Offi | | | | | 28 DAYS DISCIPLINARY CONFINEMENT<br>28 DAYS LOSS OF GOOD TIME |
| 28 | | | | | | |
| 28 | 03/15/2005 | GUILTY | 03/16/2005 | YES | DENIED | 03/23/2005 |
| | Disobeying a Lawful Order Not Pertaining to Custod | | | | | 20 DAYS DISCIPLINARY CONFINEMENT<br>20 DAYS LOSS OF GOOD TIME |
| 20 | | | | | | |
| 20 | 03/15/2005 | GUILTY | 03/16/2005 | YES | DENIED | 03/23/2005 |
| | Disobeying a Clearly Stated Order in a Manner that | | | | | 30 DAYS DISCIPLINARY CONFINEMENT<br>30 DAYS LOSS OF GOOD TIME |
| 30 | | | | | | |
| 30 | 08/23/2005 | GUILTY | 08/26/2005 | YES | DENIED | 09/09/2005 |
| | Creating a (Collective) Disturbance | | | | | 30 DAYS DISCIPLINARY CONFINEMENT<br>12 DAYS LOSS OF GOOD TIME |
| 12 | | | | | | |

FROM 3/15/05 TO 8/23/05 - BOOKING FREE

D. Moretti