United States District Court
For The District Of Rhode Island

Oliver Lyons    Ca No. 07 409 ML

V

A.T. Wall et al

Objection To Memorandum And Order dated 12-11-07 denying Plaintiff's Motion For Appointment of Counsel and signed by Magistrate Judge Hagopian

For the following the Plaintiff believes his Motion should have been granted.

1. The defendants have submitted a settlement conference statement to The Court in case 07-380 where they claim the Plaintiff suffers from severe mental illness since entering the prison and self inflicted very serious injuries to himself

2. The Plaintiff does suffer from bipolar disorder, Schizophrenia and Mal adaptive mood disorder

3. The Plaintiff was on Social Security disability for many years prior to entering the prison system.

4. The Plaintiff is on psych medications and Vicodin pain medication for injuries

5. At the Plaintiffs trial in case 04 380T the Plaintiff was made to testify by asking himself questions and then answering them while dealing with objections from the defendants legal counsel. The best lawyers in the world would have problems and I am a lay person and not an Attorney

6. Since serving the defendants with a copy of Plaintiffs Complaint on 11-13-07, the Plaintiffs cell was stripped of all legal documents and the Plaintiff was denied law cart law clerk paper envelopes

and all his clothes, shower shoes cosmetics were taken and the Plaintiff was lefted nude with blower on and threatened by the defendants with more gassings

7. The Plaintiff then said he was suicidal so he would be on camera in back of the hospital at Maximum Security

8. For three weeks the Plaintiff was nude without heat all on camera.
I'm sure Magistrate Hagopian will allow them to destroy all films and evidence over time.

9. The Plaintiff was moved to High Security on 12-17-07 and Maximum Security defendants would not allow the Plaintiff to wear his doctor perscribed knee brace nor footwear to High Security.

10. The Plaintiff legal mail just come over from Maximum Security on 12-21-07 some three weeks old and opened.

11. At High Security the law cart was removed from the cell block when I arrived with all books.

12. I am presently without all my legal materials, footwear, knee brace and on Camera

13. I will hang myself if taken off camera

14. The Plaintiff filed under the A.D.A

Wherefore the Plaintiff request his Motion For Appointment of Councel be granted

Respectfully submitted
Plaintiff Pro Se

12-21-07 Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920

Certification

I the undersigned hereby certify I mailed hand written copies of the enclosed motion to the United States District Court For Rhode Island and The defendants Legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se

12-21-07 Oliver Lyons

P.O. Box 8200

Cranston, Rhode Island 02920