**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**

**v.** **C.A. No. 07-409 ML**

**A.T. WALL, et al.**

**MEMORANDUM AND ORDER**

Plaintiff Oliver Lyons, *pro se*, is currently before the Court on two motions to appoint counsel to represent him in the instant civil action. See Dkt # 4 & 6.

In the appropriate case, the Court may request that an attorney represent a plaintiff in a civil action. However, there is no absolute constitutional right to a "free lawyer" in a civil case. DesRosier v. Moran, 949 F.2d 15, 23 (1st Cir. 1991). Absent exceptional circumstances, the Court can not appoint counsel in a civil matter. Id. At 23. Exceptional circumstances can include, *inter alia,* the merits of the case, the complexity of the legal issues, and the litigant's ability to represent himself. Id.

I have reviewed the plaintiff's motions and his complaint. The issues presented in the complaint are not so complex that the plaintiff is unable to represent himself. Moreover, plaintiff's motions and complaint demonstrate that he is able to present the facts and the issues himself. Accordingly, plaintiff's motions are **DENIED.**

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 12-11-07

10