United States District Court
For The District Of Rhode Island

Oliver Lyons
v
AT Wall et al

Ca No 07 409 ML

Dear Clerk

I would like Ms Justice Lisi to be aware of the following so evidence can't be disposed of. There are multiple films of the following Surveillance films in two cells and a VCR tape operated by an officer Renshaw who doesn't have any problem destroying tapes nor evidence.

I will be amending my Complaint to add the following defendants

LT Sayles
LT Tierney
CO Dennett
CO Spadoni
CO Worden
CO Nurse Greydus

RECEIVED
DEC 31 2007
Property of U.S. District Court
District of Rhode Island

On Dec 17, 07 I was moved from a Maximum Security psych cell w/o heat for over two weeks to a new hospital psych Unit at High Security in D block and given a suicide smock and suicide blanket and put on Suicide CMS with a Camera in a cell.

On Dec 20, 07 I was taken in a suicide smock and suicide blanket and moved to E 12 cell in Segregation with a suicide smock and suicide blanket.

This cell does not have a camera in it.

The E block Segregation Unit block officer is a CO Dennett who was a defendant in law suit 04 380 T

This move from the psych cell in in D block to Segregation cell E12 was ordered by a LT Sayles and I was moved with the threat of being gassed by a LT Tierney. Surveillance Tape in D block will show me leaving in a suicide smock.

This entire move was filmed on VCR by an officer Renshaw who has been a camera man on previous cell extractions where tapes end up missing.
When I arrived at E block Segregation I was taunted by CO Dennett and CO Worden block officers who stated "We are going to fuck you up"
I was ordered into the Segregation cell E 12 with a suicide smock on and a suicide blanket by a LT Tierney under the threat of gas.
This cell E 12 is not a suicide cell and is filthy and does not have a Surveillance camera in it
When I entered the cell I was told I would keep the suicide smock and suicide blanket with no mattress.
I wrote on the walls in feces "All Legal papers Taken"
No more beatings by CO Dennett and CO Duarte No more abuse I wrote messages so

if I was severely injured or died they would have to film the cell
I was lefted for over three hours in this cell and when LT Tierney came with the gas to extract me I ran to the back of the cell falling on the suicide blanket hitting my head on the floor.
LT Tierney asked me to cuff up all on tape and I did.
I was then taken to a cell behind the hospital again all on tape and put in four point restraints a very very painful experience again this cell had a surveillance camera
There should be two surveillance tape and a VCR tape operated by CO Renshaw.
I was lefted four pointed for about 3 hours until seen by clinical psychologist Scott T who stated "Who did this to you"

I told him and said "I didn't do anything in the D block hospital unit to be moved" Clinical psychologist Scott said "I know" "I will have you moved back to D block and put on camera"

One hour later I was uncuffed and unshackled and taken to D block hospital Unit

I will amend my Complaint Ms Justice Lisi

A CO Spadoni D block officer had the law cart removed and all library books clear Constitutional Violations.

I have had multiple fractures cuts bruises torn ligaments many many times at High Security lacerated kidneys eye injuries and taken to Rhode Island hospital and Stat Care Emergency

If I am taken off camera I will hang myself and end the 7 years 9 months of pain. It will be a relief I envy men who receive lethal

injections:
I was not allowed to subpoena witnesses nor doctors nor medical records from Stat Care Emergency nor Rhode Island hospital because Magistrate Hagopian said "You are indigent and they are not parties to the law suit."
This was in case 04 380 T
This I believe is Contrary to the Fed R of Civil P because of my Informa Pauperis Status.
This is yet another way to keep my abuse under cover and not made public
I am being denied all my legal document for case 07 409 ML and for the First Circuit Court of Appeals
Law clerk, copies, law books footwear knee brace and the camera doesn't lie if the film is not destroyed.

Please respond Your Honor

Sincerely
Dec 24, 07 Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920

Certification
I the undersigned certify
I mailed hand written copies
of the enclosed letter to the
defendants legal Counsel at
40 Howard Avenue Cranston RI 02920

Plaintiff Pro Se
Dec 24 07 Oliver Lyons
P.O. Box 8200
Cranston RI 02920