UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. CA 07-409 ML

A.T. WALL, et al.

ORDER

This matter is before the Court on Plaintiff's Objection to the Memorandum and Order issued by Magistrate Judge Hagopian on December 11, 2007. Plaintiff has failed to meet his burden to demonstrate that Magistrate Judge Hagopian's ruling is "clearly erroneous or contrary to law." F. R. Civ. P. 72(a).

Accordingly, Plaintiff's Objection is denied and dismissed.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
January 3, 2008