United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07 409 ML

Plaintiffs Objection To Order dated 12-11-07 and signed by Magistrate Hagopian where my Motion to have Magistrate Hagopian recused from my case 07 409 ML was Denied

The fact that Magistrate Hagopian ruled on my motion to have him recused was poor judgment in itself.

Magistrate Hagopian stated in his order "No legal or factual basis exist for recusal"

The Plaintiff was moved out of State on Feb 2, 2006 in the middle of litigation in case 04 380T without the courts knowledge nor consent.

This was done in retaliation for filing law suit 04 380T

On a three way telephonic conference from New Hampshire Magistrate Haggopian didn't have any knowledge I had been moved out of State. I told Magistrate Haggopian this was wrong.
I also stated his rulings on discovery were bias prejudicial and didn't have any legal precedent Magistrate Haggopian stated "Mr. Grant and I go way back he was my law clerk at one time" Mr. Grant stated "I wish you hadn't said that Judge"
Why not? An obvious conflict thats why.
Magistrate Haggopian denied all relevant discovery for 2 years 8 months allowing the defendants time to destroy films, tapes, photos in case 04 380 T.
Please grant the Plaintiffs motion to have Magistrate Haggopian recused from case 07-409 ML.

Respectfully submitted
Plaintiff Pro Se
12-21-07 Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920

Certification

I the undersigned certify I mailed a hand written copy of the enclosed objection to the defendants legal counsel at 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se
12-21-07 Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920