**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**

**v.** **C.A. No. 07-409 ML**

**A.T. WALL, et al.**

# ORDER

This matter is before the Court on the motion of the *pro se* plaintiff wherein he seeks the recusal of the undersigned. After consideration of the motion, said motion is **DENIED**. No legal or factual basis exists for recusal.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 12-11-07

11