United States District Court
For The District Of Rhode Island

Oliver Lyons
v
Ca No 07 409 ML
AT Wall et al

Plaintiff's Motion For Appointment Of Counsel

The Plaintiff in the above entitled matter again asks for appointment of Counsel for the following
The Plaintiff served the defendants with copies of Complaint 07 409 ML on November 13, 07
The Plaintiff's cell was stripped of everything and lefted nude in his cell in Segregation at Maximum Security with cold air blowing on him.
The Plaintiff was booked over and over again by the defendants and denied showers and shower shoes thrown away by defendant LT Duffy.
The Plaintiff then asked to be put on suicide status behind the hospital at Maximum

where he could be on camera.
I was moved and the cell
was warm until the next day
when they said the thermostat
broke.
I was then moved to a
OSY hospital block at High Security
When I arrived the law cart
was moved out of the block
along with library books.
I was denied a law clerk
and copies since Nov 13, 07
The defendants answered my
Complaint 07 409 ML on
Dec 6, 07 and I could not
respond.
I've submitted to this Court
that the defendants claim
I suffer from severe mental
illness and self inflict very
serious injuries.
This has never been shown that
any of my serious injuries
were self inflicted.
I have filed this Complaint
under the ADA Americans
with disabilityis Act.

I was on disability for mental illness prior to entering the prison with no history of violence whatsoever.
This is why I refused to take one year to serve for felony assault on a woman at a violation of probation.
I never hit a woman or child in my life.
I received 5 years 9 months to serve all my probation at a violation hearing
One year later I was found not guilty of all charges felony domestic assault and failure to relinquish a telephone.
I would not allow myself to be extorted by the State
I am Schizophrenic bi polar and with proper medication and see doctors I was okay.
I was on disability and still had mental problems from time to time with depression.

I have now been in a Segregation cell for 2 years 9 months consecutive.
If Counsel is not appointed I believe I will not be able to prosecute this case and will appeal to the 1st Circuit Court Of Appeals and I don't have any doubt whatsoever Counsel will be appointed.
I filed an objection to Magistrate Hagopian ruling where he denied Counsel.
I filed an objection without a response.
My mental illness and conditions of incarceration where my legal access is denied because I'm in Segregation and its very easy to do and a retaliation tactic will have the Court Of Appeals grant me Counsel.
I ask that this Court grant me Counsel.

Plaintiff Pro Se
1-8-08 Oliver Lyons
P.O. Box 8200
Cranston RI 02920

Certification

I the undersigned mailed a hand written copy of the enclosed Motion to the defendant's legal Counsel at 40 Howard Avenue Cranston RI 02920

Plaintiff Pro Se
1-8-08 Oliver Lyons
P.O. Box 8200
Cranston RI 02920

2008 JAN 10 A 8:50

FILED