United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07 409 ML

Motion For Appointment Of Counsel

Pursuant To Federal law the Plaintiff Filed his Complaint 07 409 ML a 42 U.S.C. 1983 Civil Action under the Americans with Disabilities Act 12101-12213. The ADA prevents discrimination against people with disabilities including prisoners. If you have a physical or mental disability I can file a Section 1983 lawsuit using the A.D.A Under Chapter 126 Equal Opportunity For Individuals with Disabilities Subchapter IV Miscellaneous Provisions 12205 I am entitled to Attorney's fees.

The Plaintiff was suffering from severe mental illness prior to entering prison in 2000 and was on Social Security Disability for many years.

Mr. Magistrate Hagopian and Ms Chief Justice Lisi were wrong in not granting Counsel to the Plaintiff.
Wherefore the Plaintiff would ask that counsel be appointed or Attorney's fee be awarded to do otherwise would be violating federal law.

Plaintiff Pro Se
1-11-08 Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920

Certification
The undersigned mailed a hand written copy of the enclosed Motion to the Defendants Legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se
1-11-08 Oliver Lyons

2008 JAN 15 A 10:15
FILED