No staple allowed per D.R.I.

United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07-409 ML

Plaintiff Objection To The Defendants Motion To Dismiss The Plaintiff Complaint Pursuant To Fed R Of Civil Procedure 12(b)(6) as and for the following reasons and Memorandum.

Plaintiff Pro Se
Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920

Certification

The undersigned mailed a hand written copy of his Objection to the defendants Motion To Dismiss the Plaintiffs Complaint pursuant to Federal R Of Civil Procedure to the defendants Legal Counsel and to the U.S. District Court 1 Exchange Terrace Providence RI 02903

1-18-08

Plaintiff Pro Se
Oliver Lyons
P.O. Box 8200

United States District Court
For The District Of Rhode Island

Oliver Lyons
V
A T Wall

Ca No 07-409 ML

Memorandum

The Plaintiff would like this Honorable Court to be aware that for whatever reason under Causes of action in the Plaintiffs Complaint a page or Two under First Cause of Action and Legal argument was missing from his Complaint. Everything under facts and Travel and the rest of the Complaint is Complete and true and correct It could very well have been the Plaintiffs fault or the person who made the copies.

If the Court would like I will file an amended Complaint pursuant to rule 15 if necessary.

The part missing under First Cause Of Action is the following

First Cause Of Action:

The Plaintiff was subjected to cruel and unusual punishment by being assaulted with body fluids by an inmate who was collecting food trays a clear Violation of D.O.C. policy.

The Plaintiff was denied single recreation and shower and was subjected to an assault sustaining injuries that needed stitches and after the assault despite seeing an investigator the Plaintiff was still denied single recreation and shower a clear 8th Amendment Violation and despite writing the Administration.

The Plaintiff was subjected to cruel and unusual punishment in Violation of the 8th Amendment by being denied Doctor perscribed footwear for bone spurs and knee brace for torn ligaments

First Cause Of Action

The Plaintiff was denied outdoor recreation for 19 months a clear 8th Amendment Violation

Legal Argument

Prisoners cannot be deprived of outdoor exercise for long periods of time Le Maire v Maass 12 F3d 1444 (9th Circuit 1993)

First Cause Of Action:

The Plaintiff was subjected to a tiny cell called the "box" for 18 months and could not have a knee operation because it would be impossible to rehab in this tiny cell and being denied outdoor recreation

All sentenced inmates have outdoor recreation in recreation cages at all Securitys except Maximum Security where there are not any outdoor recreation cages a clear 8th Amendment Violation

The Plaintiff was denied his knee brace and footwear for hospital furloughs.

Memorandum

Answers to the defendants false allegations, distortions, and attempts to have the defendants not held accountable.

First Cause Of Action:

On December 8, 2006 the Plaintiff was assaulted with body fluids urine by an inmate who was collecting food tray a clear Violation of D.O.C. policy.

This assault was caught on tape. Prior to this assault the Plaintiff made defendants Warden Weeden LT Oden CO Pinheiro and CO Coleman and CO Pezza aware of the policy and that inmate Williams threatened me with urine.

Inmate Williams also assaulted an inmate on tape who refused to urinate in a cup.

I was then gassed behind a locked door by defendants Ashton and CO Cummings

Memorandum

I then wrote defendant A T Wall and defendant Warden Weeden that collecting food trays was contrary to policy this was after talking to internal affairs

What happened?

Inmates were given an extra food tray to collect food trays by defendants Pinheiro, Coleman Cummings and Pezza

On January 28, 07 I was repeatedly gassed in a tiny holding cell by Capt Ashton on first shift in violation of D.O.C. policy and then by defendant Duffy on 2nd shift 3-11

Defendants Duffy and Travers then put me in a shower with my clothes on covered in gas. Defendant Travers then put me in the outdoors for 20 minutes

At Intake hospital I was given three showers to remove the gas.

Memorandum

First Cause Of Action

Defendants Wall Weeden Oden Ashton Duffy Travers Pinheiro Coleman Cumming Pezza Meleo were all aware I was being denied doctor perscribed knee brace and footwear causing unnecessary pain and also both the knee brace and footwear for hospital furloughs.

At one point my leg buckled while attempting to get into a van.

After repeatedly gassing the Plaintiff on June 28, 07 in front of the entire block Capt Leo Ashton said Call me uncle Leo or I keep gassing you. All inmate witnessed this and I have Affidavits. He held the gas to my head.

On August 5 2007 Defendant Pinheiro said Watch my work He must have got on the phone to Capt Ashton and said I

Memorandum.

Second Cause Of Action:

All Audio tape of discipline board must be saved a minimum of 3 years.

The defendant Pinheiro claimed I spit on him and the tape will show that at the discipline board I requested the Video tape or Surveillance tape and was denied what would have be exculpatory evidence.

This was ~~August 5, 2007~~

Again on ~~August 7, 2007~~ defendant Ashton came to my cell behind the hospital that has a camera in it.

The Audio tape of the discipline Board will show I was denied this tape also and also a witness.

This is an obvious "Due Process" Violation. Will the Audio tape be destroyed? Lets see Surveillance Cameras and cameras in cells are there for a reason. Audio tapes of boards are there for a reason.

Memorandum

Third Cause Of Action

First Amendment

The Plaintiff mail is opened by defendants Pinheiro Pezza Meleo and Coleman and read. My mail is then taped closed. At all Securitys except Maximum There is a law cart in the cell block or brought in the cell block

Attorney Grant claims the defendant was never found in default, because mail never was mailed Look at Complaint Ca No 06 257 S dismissed for lack of prosecution. Defendants Ashton and Weeden were responsible.

The Defendants Motion To Dismiss The Plaintiffs Complaint Oliver S Lyons V A T Wall II Ca No 07 409 ML pursuant To Federal Rule Of Civil Procedure 12(b) (6) should be denied. and that all the defendants are responsible for Violating the Plaintiffs Constitutional rights and acting under the color of State law.

1 18 08

Plaintiff Pro Se
Oliver Lyons
P.O. Box 8200
Cranston RI 02920

CO Pizzo and CO Emilio are not defendants

Plaintiff Pro Se
Oliver Lyons