United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07-409 ML

Motion To Have The Above Entitled Lawsuit 07 409 ML Dismissed for The Following

The Plaintiff filed the above Complaint a 42 U.S.C. 1983 for Constitutional rights that were Violated, under The ADA Americans With Disabilities Act. This is Federal law passed by the U.S. Congress
The ADA can be found at 42 U.S.C 12101-12213
The ADA prevents discrimination against people with disabilities including prisoners
The Plaintiff has suffered from mental illness long before he entered the prison system in 2000.
The Plaintiff was on Social Security Disability because of his mental illness.

The Plaintiff is bi polar, Schizophrenic and has Mal adaptive disorder. The Plaintiff has repeatedly been denied Appointment of Counsel. Chapter 126 Of The ADA Subchapter IV Miscellaneous Provisions 12205 allows for Attorney Fees. Magistrate Hagopian and Chief Justice Lisi are unaware The ADA is Federal law or don't wish to enforce it, clearly Discrimination and I am asking the First Circuit Court Of Appeals to enforce and appoint Counsel or Attorney Fees. The Plaintiff is also indigent. Since the defendants were served with the Complaint I have had retaliation taken to make prosecution impossible. I have been kept in a Segregation cell for 7 years 9 months Consecutive without a visit, phone call, T.V. Radio newspaper magazine and locked down 23 hours aday M-Fri and all day Sat Sun and holidays. In Mass the Plaintiff would not have gone to prison. 2

Certification

I the undersigned hereby certify that I mailed a copy of the enclosed Motion to The United States District Court 1 Exchange Terrace Providence Rhode Island 02903 and to the defendants legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920 and to the First Circuit Court Of Appeals 1 Courthouse Way Suite 2500 Boston Mass 02210

1-17-08

Plaintiff Pro Se
Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920