United States District Court
For The District Of Rhode Island

Oliver Lyons
V
A T Wall etal

Ca No 07 409 ML

Plaintiffs Objection To Magistrates Hagopians Rule 16 Of The Federal Rules Of Civil Procedure for all Of The following.

The Plaintiff served the defendants with copies of his Complaint 07-409 ML on November 13, 07 at Maximum Security inter departmental mail.

The Plaintiffs cell was stripped and also was he of all legal material and his clothes and lefted nude.

They claim the Plaintiff was suicidal. This was not a suicidal cell.

The Plaintiff was the moved behind the hospital at Maximum and put on camera with only

a suicide blanket for three weeks.
The Plaintiff's cell was empty
of even a mattress all on film.
The Plaintiff was denied all
Legal mail.
The Plaintiff had heat for one
day and then staff claimed
the "thermastat broke"
Then after three weeks of cold
without any clothes or legal
materials all on camera defendant
Warden Weeden who is the Warden
at Maximum Security and High
Security. I was put in the
OSU Occupational Stabilization
Unit at High Security.
I was kept in a suicide
smock and blanket and still
denied all legal materials.
This is all on film.
Then I was moved to another
cell in this Unit and given
my clothes and legal materials
but on the same day the

law cart was removed to be "revised"
Library books were all removed
to be "revised"
During this time I could not
file Motions For Production Of
Documents, written interrogatories,
nor written depositions.
My Complaint was also filed
under the ADA Americans
with Disabilities Act.
Now the most incredible of
all this is the new "revised
policy" put in effect since
my arrival and my attempts
to prosecute my law suit.
D.O.C. Policies were not followed
leading to an assault with body
fluids, gassings very numerous
being denied any outdoor
recreation for 18 months and
being denied Dr. perscribed knee
brace and footwear and Due Process
under the 1st and 14th Amendments
The new policy says Judges
have their own policie inderes

Now if that isn't enough the revised policy also states Photocopies of case law will not be supply because Judge's have their own libraries.
Not only has the Plaintiff been denied to prosecute his law suit but his mental disabilities have been exploited to do so. Now with the Plaintiff being denied photocopies of D.O.C. policies because Judge's have their own policy indexes and being denied case law to photocopy because Judge's have their own law library then maybe Chief Justice Lisi will prosecute my law suit for the Plaintiff. I've been denied Counsel because my circumstances are not exceptional according to Magistrate Hagopian I believe the First Circuit Court of Appeals will disagree and for a multiple of reasons

and inmate will not be allowed photo copies of policies.
Now if that isn't enough the revised policy states that inmates will not be allowed photocopies of case law. Why? Because Judge's have their own libraries.
Not only has the Plaintiff been denied to prosecute his law suit but his mental disabilities exploited by the defendants to do so.
Now if the Plaintiff is going to be denied photocopies of D.O.C. policies because Judges have their own policy indexes and being denied. photocopies of case law because Judges have their own libraries then maybe Ms. Chief Justice Lisi could allow the Plaintiff use of her library and policy indexes? Then I could some chance at prosecution.
Its funny the Plaintiff is

"mentally ill" "psychotic" "delusional" "hostile" "violent" "assaultive", "self inflict" "severe injuries" "suicidal" and they use my mental illness to coverup my severe injuries and abuse and now to stop me from prosecuting a law suit and it seems to be condoned by Mr. Magistrate Hagopian.

Plaintiff
1-23-08 Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920

Certification

The undersigned mailed hand written copies of his Objection to Magistrates Rule 16 Order dated January 15, 2008 to the U.S. District Court and the defendants legal Counsel

Plaintiff Prose
1 23 08 Oliver Lyons

FILED