United States District Court
For The District Of Rhode Island

Oliver Lyons
v.
A T Wall II et al

RECEIVED
JAN 25 2008
Property of U.S. District Court
District of Rhode Island

Dear Clerk

Please find Objection to Magistrate Hagopian Rule 16 Order dated January 16, 08 along with D.O.C. documents.
No photocopies of D.O.C policies nor case law will be given to inmates. Why "Judges have their own policy indexes and their own libraries for case law."
Can I use the Chief Justice policy indexes and law library?
I want to prosecute my law suit.