# What's News at High Security
## January 2008

Thursday, January 17, 2008

**New Substance Abuse Treatment/Parole Evaluation Procedures**

*For many years inmates paroled to residential substance abuse treatment have had to wait months in some cases for release because no beds were available in the community. Some people were never able to get parole release because the beds were not available and flattened their sentences.*

*To help reduce these delays, the Legislature approved new money in the budget for the Department of Mental Health, Retardation and Hospitals (MHRH) to fund new/additional residential treatment beds and intensive outpatient treatment in the community. Starting immediately, MHRH will be working with the Parole Board to evaluate people who have been paroled. They will recommend the level of care required based on the assessment to the Parole Board and will make arrangements for the actual placements. Larry McDonald will still be coordinating the program, but the evaluations and placement recommendations for the Parole Board will be done by David Lema of MHRH.*

*Mr. Lema has already started assessments on the placements of those people who have already been paroled. About 35 inmates are waiting for release to treatment. After catching up with the people already waiting for release, he will begin doing assessments for newly paroled individuals.*

*Questions about the program can be sent to Larry McDonald, RIDOC Coordinator of Substance Abuse.*

**Store Order Forms/Receipts**

*Inmates are reminded to retain their store order forms to confirm ownership of store order property and items.*

**Change in Visiting Hours**

*Effective Monday, December 17, 2007, morning visiting sessions will be scheduled from 8:45 A.M. to 10:15 A.M. Please inform your visitors of this change.*



**Bump Razors**

*Please be advised that Medical Personnel will no longer address the issue of bump razors.*

*Inmates may elect to order bump or standard razors through the inmate store as they choose in accordance with HSC procedures.*

*Inmates in D Module are not authorized to purchase or use razors. An electric razor, maintained through the barber program will be utilized by all inmates in D Module.*

### Television Signals

Some of you may have heard on the news or read in the paper that beginning in February 2009, all broadcast signals over the air will be changed from analog to digital. What this means to the inmate population is that some of the televisions in the system may not work properly; they are not capable of picking up the digital signal. The internal antenna system that provides clear television reception carries the soon to be eliminated analog signal.



The Department of Corrections is looking into this situation. A number of technological options are currently being reviewed. Information will be provided to you as it becomes available.

### Religious Headwear

In keeping with practices throughout the Department, kufis, yarmulkes, and other religious headwear may not be worn outside of your cell. Religious headwear can be worn during religious services, but must be taken off when leaving the services and traveling through the facility. Your anticipated cooperation with this directive is appreciated.

### Library

The Segregation and C status law carts have been restocked and there are new procedures associated with it. Consult your dayroom officer for the new procedures and scheduling. The law carts are tentatively scheduled for use on Mondays and Wednesdays.

The new C status recreational cart has been established. The reading cart procedures and scheduled can be ascertained by your dayroom officer. The reading cart is tentatively scheduled for use on Monday and Friday mornings.

There will be an increase in accountability for library books and library cart books. There will be a minimum charge of $5.00 for unreturned books.



Last point of interest regarding law library: Please reference policy and case law when applicable. There is no need to supply photocopies of policies and case law to DOC personnel or judges. Judges and DOC personnel have full access to their own policy indexes and law libraries.

### Spectrum Program



This month, the Spectrum Substance Abuse, Relapse Prevention Program had a successful graduate.

### Inmate Telephone Services



The anticipated telephone company change-over will take place within the next couple of weeks.

Details will be provided when it becomes available.

### Stress Management: Insight and Action

Stress Management: Insight and Action is an eight session program that is available to B and C status inmates. Upon completion, participants are provided a certificate of completion. No good time is granted for the program. Individuals wishing to participate in the February iteration may address a request in writing to **Scott Tirocchi, HSC Mental Health Clinician.**