**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**

**v.** **C.A. No. 07-409 ML**

**A.T. WALL, et al.**

**MEMORANDUM AND ORDER**

Plaintiff Oliver Lyons, *pro se*, is currently before the Court on his fourth motion to appoint counsel to represent him in the instant civil action. See Dkt. # 22. Plaintiff's motion is **DENIED** for the same reasons set forth in his first, second, and third motion to appoint counsel. See Dkt. # 10 & 23.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 29 Jan 2008