United States District Court
For The District Of Rhode Island

Oliver Lyons
v
AT Wall et al

Ca No 07 409 ML

Declaration For Entry Of Default

Oliver Lyons hereby declares

I am the plaintiff herein The Complaint was filled on the 30th day of October 2007

The Court files and record herein show that the Defendant Captain Ashton was served with two waiver of summons a notice of complaint and a copy of the Complaint 07 409 ML on the 13th day of November 2007

More Than 60 days have elapsed since the date on which the defendant herein was served with the waiver of summons notice of complaint and a copy of the Plaintiffs Complaint 07 409 ML excluding the date thereof.

The defendant Captain Ashton has failed to answer or otherwise defend as to Plaintiff Complaint or serve a copy of any answer or any defense which it might have had, upon affiant or any other plaintiff herein.

The defendant is not in the military service and is not an infant or incompetent

I declare under penalty of perjury that the foregoing is true and correct. Executed at Cranston Rhode Island on the 24 th day of January 2008

Plaintiff
1-24-08 Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920

Certification

The undersigned certifies he sent a copy of his Declaration For Entry of Default to the United States District Court 1 Exchange Terrace Providence Rhode Island and to the defendants legal councel at 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff

1 24 08 [signature]