UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C. A. NO. 07-409 ML

A. T. WALL, ET AL

DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION FOR DISMISSAL

Now come the Defendants in the above-entitled matter, A. T. Wall II, Warden James Weeden, Lt. Oden, Lt. Duffy, Lt.Travers, Correctional Officers Pizzo, Pinheiro, Meleo, and Coleman and hereby respond to Plaintiff's motion for dismissal.

DEFENDANTS,
By Their Attorney,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 4th day of January, 2008, the above Defendants' Motion for Plaintiff's Request for Dismissal and accompanying Memorandum to Oliver Lyons, P. O. Box 8200, Cranston, R. I. 02920.

/S/ Michael B. Grant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C. A. NO. 07-409 ML

A. T. WALL, ET AL

MEMORANDUM

Plaintiff has filed a motion to have the instant case dismissed if this court will not appoint him legal counsel. This Court has denied four (4) motions for appointment of counsel. This Court has consistently denied said motions on the basis that a Plaintiff in a civil case has no absolute constitutional right to be represented by an attorney pursuant to **Desrosiers v. Moran**, 949 F.2d 15, 23 (1st. Cir. 1991); this Honorable Court has consistently found that the instant complaint does not present issues that are so complex that this Plaintiff is unable to represent himself, and that based on Plaintiff's submissions, he has demonstrated an ability to present the facts and issues himself.

Accordingly, since this Court has denied Plaintiff's fourth motion for appointment of counsel, Defendants urge that the Plaintiff's motion for dismissal be granted.

Respectfully submitted,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864