United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No. 07 409 ML

RECEIVED

FEB 05 2008

Property of U.S. District Court
District of Rhode Island

Dear Mr. Justice Hagopian

I have put in many Motions For Appointment Of Counsel all denied by you.
Since I filed my Complaint I have more abuse and lack of access to law books, case law law cart, copies, and I am still in OSU Occupational Stabilization Unit.
All this is is a psych. cell to keep me from prosecuting my cases! I'm in the Court of Appeal also and State Supreme Court Twenty one trips to outside hospitals and they said My injuries were self inflicted
8 years of brutality in large part you must take responsibility

for the cover up.
On January 25 2008 I decided I would bleed out by cutting my wrist. I'm on blood thinners so my blood doesn't clot fast I was bleeding nice and getting dizzy when an officer noticed the blood.
I was hoping to pass out and then die from lack of blood so my heart would stop.
I was taken to Stat Care Emergency where there wasn't any doctor available
When this Lady started to stitch me I asked her if she was a doctor because she wasn't stitching like she knew what she was doing.
The stitches were not tied off.
She stated "I'm doing a running stitch"
She said "I have a masters degree"

When I returned to the ACI during the night my cut started bleeding and the thread unravelled and came out. The staff at the ACI said it can't be restitched. I have a hole in my left arm. It is not healing and I will have a very large scar. This is the first time I hurt myself where I had to go to the hospital. Death is now something I look forward to.

Sincerely
1-30-08 Oliver Lyons
P.O. Box 8200
Cranston RI 02920

P.S. My address is P.O. Box 8200. I'm once again at High Security. By the way I don't store gas or bleach in my cell! I can't gas myself. When do you expect to destroy discovery? or allow it?