**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**

v. **C.A. No. 07-409 ML**

**A.T. WALL, ET AL.**

## Memorandum and Order

This matter is before the Court on the application of the plaintiff wherein he seeks an entry of default against defendant Captain Ashton. Plaintiff's motion is **denied**, for the reasons stated in the defendant's objection. See Dkt # 31. Specifically, Plaintiff has failed to secure proper service on Captain Ashton.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
February 5, 2008