United States District Court
For The District Of Rhode Island

C.A. No 07 409 ML

Oliver Lyons
v
A T Wall et al

Objection To Magistrate Hagopian Memorandum And Order dated January 25, 2008 where he denied the Plaintiff Counsel for The fourth Time.

The Magistrate should have noticed The Plaintiffs Complaint was filed under The A.D.A. The Americans With Disabilities Act that was passed by the U.S. Congress and is Federal law.

The defendants claim that the Plaintiff suffers from mental illness and self inflicted all of the injuries he was transported to outside hospitals and Emergency Centers for

Prior to entering prison the Plaintiff was on disability for many many years for mental disorders bi polar disorder Schizophrenia and Mal Adaptive behavior disorder.

The Plaintiff is on psychotic medications and since the Plaintiff served his Complaint 07 409 ML on the defendants on November 13, 2007 he has been nude and on suicide status at Maximum Security behind the hospital until the Plaintiff was moved to High Security and put in OSU the Occupational Stabilization Unit.

If Magistrate Hagopian reads the ADA 12101-12213 he will find under Subchapter IV 12205 that the Court must award the Plaintiff Attorney Fees he is entitled to because of his disability and the Plaintiff being indigent

The Plaintiff despite his disabilities and being on psychotric medication had to give testimony at his trial in case 04 3807 and ask himself questions, deal with objections and then answer himself obviously what the defendants legal counsel and good friend Magistrate Hagopian know is wrong and with my disabilities makes it impossible to prosecute.

The Plaintiff is being denied photocopies, case law, law books and other legal material but again this is retaliation that Magistrate Hagopian condones and enables the defendants to do.

The Plaintiff told psychiatrists if he was taken off camera he will kill himself.

On January 25, 2008 the Plaintiff cut himself severely

hoping to bleed to death.
The Plaintiff was seen by an officer who noticed the blood all over the cell and the Plaintiff bleeding severely.
The Plaintiff is on blood thinners.
The Plaintiff was taken out of a cell with a camera and is now back on camera.
The Plaintiff was taken to an Emergency Center to have his cut stitched up.
If I continue to be denied legal access or am moved I will make sure I will never survive.
I will make the cuts so severe I will bleed out in minutes and end my suffering.
The Plaintiff Motion for Counsel or Attorney fee should have been granted.

Plaintiff Pro Se
2-1-08 Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920

Certification

I the undersigned certifies he mailed handwritten copies of his Objection to Magistrate Hagopians Memorandum and Order dated January 25 2008 to The United State District Court 1 Exchange Terrace Providence R I 02903 and to the defendants legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920

2-1-08

Plaintiff Pro Se
Oliver Lyons
P.O. Box 8200
Cranston R I 02920

FILED