United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07 409 ML

Dear Clerk
Please find enclosed Objection to Magistrate Hagopians Memorandum and Order dated Jan 25, 08
My new and correct address is → Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920

Sincerely
Oliver Lyons

2-1-08