United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07 409 ML

Motion To Dismiss Defendant's Objection To Plaintiff's Motion For Entry Of Default For the following

Attorney Grant does not represent defendant Capt Ashton

Attorney Grant admits in his submitted Memorandum the following

Attorney Grant was in receipt of the Waivers of summons and Complaint since November 15, 07

Did Attorney Grant notify defendant Ashton? No

Did Attorney Grant return the Waivers of Summons and Complaint to the Plaintiff? No

Did Attorney Grant notify the Court? No

For three months Attorney Grant didn't do anything
The Plaintiff believes it is not necessary to comment any further on Attorney Grants Memorandum
Attorney Grant does not represent defendant Capt Ashton
The Court must dismiss Attorney Grants Objection and enter a judgment of default.

Respectfully submitted
Plaintiff Pro Se
1-7-08 Ollie Lyons
P.O. Box 8200
Cranston RI 02920

Certification

The undersigned mailed a handwritten copy of the enclosed Motion To Dismiss to Attorney Grant 40 Howard Avenue Cranston RI 02920 and to U.S. District Court 1 Exchange Terrace Providence RI 02903

Plaintiff Pro Se
1-7-08 Ollie Lyons