UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. CA 07-409 ML

A.T. WALL, et al.

## ORDER

This matter is before the Court on Plaintiff's objection to a Memorandum and Order issued by Magistrate Judge Hagopian on January 29, 2008. As Magistrate Judge Hagopian notes, this is Plaintiff's fourth motion for appointment of counsel in this civil action. This Court has reviewed Plaintiff's objection and sees no reason to overturn the denial of Plaintiff's motion. Plaintiff is hereby directed to refrain from filing any additional motions to appoint counsel in this case.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
February 15 , 2008