United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07 409 ML

Dear Clerk

On November 13, 2007 the Plaintiff sent Two waiver of summons a notice of complaint and a copy of Complaint 07 409 ML Via inter departmental mail.

On November 15, 2007 Two waiver of summons, notice of Complaint and a copy of complaint were received by the defendants legal counsel Attorney Grant.

Attorney Grant admited he received these documents on November 15, 2007 and that he doesn't represent defendant Captain Ashton.

For two and a half months why didn't Attorney Grant return the two waivers of summons and Complaint 07 409 ML to the Plaintiff?

Why didn't Attorney Grant inform the Court?
Why didn't he forward the two waiver of summons notice of Complaint and copy of the Complaint to defendant Ashton?
The Plaintiff filed a Motion For Entry of Default on defendant Ashton and Attorney Grant filed an objection. He isn't his attorney. He doesn't represent defendant Ashton.
I am asking the Court to have U.S. Marshal serve defendant Capt Ashton with the enclosed summons and copy of my Complaint 07 409 ML
The Plaintiff is indigent and was granted Informa Pauperis Status by this Court.
The Plaintiff cannot pay for service of the Complaint and summons

Plaintiff Pro Se

1 11 08

Oliver Lyons
P.O. Box 8200
Cranston R.I 02920

Certification

The undersigned mailed a summons and a copy of his Complaint 07-409ML Oliver Lyons V A. T. Wall et al to be served on defendant Captain Ashton by U.S. Marshal

Plaintiff Pro Se

1 11 08 Oliver Lyons

P.O Box 8200

Cranston Rhode Island 02920

P.S The D.O.C. refuses to release the address of defendant Ashton