United States District Court
For The District Of Rhode Island

Oliver Lyons
v. 07 409 ML
A T Wall et al

Magistrate Hagopian
Attorney Grant had taken receipt of Complaint 07 409 ML on November 15, 07 for all defendants named in Complaint 07 409 ML
Attorney now claims he doesn't represent defendant Leo Ashton.
Why didn't Attorney Grant notify the Plaintiff 3 months ago?
Why didn't Attorney Grant not notify the Court?
Why did Attorney Grant take receipt of the Complaint and interrogatories?
How can Attorney Grant object to Motion filed against defendant Ashton?

Defendant Capt Ashton was put on administrative leave after assaulting and spitting on a female Counselor.
He is cowardly, sadistic, and abused inmates for years.
He was told to retire or be fired.
He retired.
I am in Segregation with mental health and physical health issues.
I cannot and will not play hide and seek with this coward.
Attorney Grants conduct should be addressed by this Court.
Defendant Ashton is well aware of the Plaintiffs Complaint and allegations in my Complaint.
Capt Ashton said to the Plaintiff and I quote "I will hire John Cicilline and not have that shit bum Grant for my Attorney" end quote.

Mr Chief Justice Lisi should be made aware of Attorney Grants conduct and his exploitation of the Plaintiff condition of incarceration and mental health. Attorney Grant, Counselors, Warden all will not release Capt Ashton address for service of Complaint 07 409 ML

Whatever your ruling Magistrate I expect the Court of Appeal will agree with the Plaintiff that this conduct is irresponsible and shows a contempt for the Court by Attorney Grant

Plaintiff Pro Se

2-13-08 Oliver Lyons

P.O. Box 8200
Cranston RI 02920

Certification

The undersigned mailed a hand written copy of his letter to Magistrate Hagopian to Attorney Grant defendants legal Counsel

Plaintiff Pro Se

2-13-08 Oliver Lyons