RECEIVED
FEB 19 2008
Property of U.S. District Court
District of Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
OFFICE OF LEGAL COUNSEL
40 Howard Avenue
Cranston, R.I. 02920
Tel: (401) 462-2622
Fax: (401) 462-2583
TDD: (401) 462-5180

February 4, 2008

Oliver Lyons
P. O. Box 8200
Cranston, R. I. 02920

Re: **Service on Capt. Ashton**

Dear Mr. Lyons:

I have received an envelope addressed by you to Capt. Ashton containing a number of interrogatories to be answered. Please be advised that since you have not served Capt. Ashton with the complaint in this matter, he need not answer any discovery requests. Additionally, this office does not represent Capt. Ashton.

Very truly yours,

Michael B. Grant
Deputy Chief Legal Counsel

MBG:c
Enclosures