United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07 409 ML

Motion For An Order Compelling Discovery

Plaintiff moves this court for an order pursuant to Rule 37(a) of the Federal Rules Of Civil Procedure compelling defendants Captain Ashton and Warden Weeden to answer fully interrogatories, copies of which are attached hereto.

Plaintiff submitted these interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure on 1-18-08 but have not yet received the answers.

Plaintiff moves this court for an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure compelling the defendants legal Counsel Attorney Grant to produce for inspection the following.

see enclosed list of documents and relevant items asked for on 1-16-08 Plaintiff submitted the enclosed request pursuant to Rule 34 of the Federal Rules of Civil Procedure on 1-16-08 but have not received any response from the defendants legal counsel

The defendants refusal to answer interrogatories or produce documents is tolerated by this Court and there isn't any justification for the defendants not following the Federal Rules of Civil Procedure.

Plaintiff Pro Se
2-11-08 Oliver Lyons
P.O. Box 8200
Cranston Rhode Island

Certification

I the undersigned mailed hand written copies of Motion to Compel to the U.S. District Court and defendants legal Counsel at 40 Howard Avenue Cranston RI 02920

Plaintiff
2-11-08 Oliver Lyons