RECEIVED
FEB 19 2008
Property of U.S. District Court
District of Rhode Island

United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07 409 ML

Dear Clerk
Please see enclosed documents
Motion To Compel and requests
for production of documents and
answers to interrogatories

Plaintiff Pro Se
2-11-08 Oliver Lyons

P.S. Staples are not allowed now.
Photocopies of policies and case law
is not allow now.
Maybe Magistrate Hagopian will
staple the enclosed documents
and look up some case law
and policies for me.

2 11 08 Oliver Lyons