United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07 409 ML

In accordance with rule 33 of the Federal R Of Civil P. Plaintiff requests that Defendant Warden Weeden answer the following interrogatories under oath and that the answers be signed by the person making them and be served on plaintiffs within 30 days of service of these interrogatories If you cannot answer the following interrogatories in full after exercising due diligence to secure the information to do so so state and answer to the extent possible, specifing your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions.

1. How long have you been the Warden at Maximum Security and High Security?

2. Was the Plaintiff behind the hospital at Maximum Security on single recreation and shower from November 17, 2005 to July 17, 06.

3. Did the Plaintiff receive outside recreation when he was behind the hospital at Maximum?

4. While behind the hospital from Nov 17, 05 to July 17, 06 how many discipline infractions did the Plaintiff receive?

5. On July 17, 06 why was the Plaintiff moved to the regular Segregation Unit and told he would take showers and recreation with Maximum Security inmates?

6. Wasn't the Plaintiff Classified High Security SRG single recreation status on July 17, 06?

7. On August 3, 2006 wasn't the Plaintiff assaulted by an Erving Briggs while on recreation and receive a cut over his left eye that needed 20 stitches to close?

8. The Plaintiff then spoke with an investigators and also you Warden Weeden asking to be put on single recreation and shower and was refused is that not true? yes or no?

9. The assault by Erving Briggs on the Plaintiff was caught on Surveillance tape yes or no?

10. On December 8, 2006 was the Plaintiff assaulted once again by an inmate collecting food trays?

11. Are inmates suppose to collect food trays in the Segregation block?

12. The Plaintiff continued to be kepted in this Segregation despite many requests to be put back behind the hospital? Yes or No

13. Why was the Plaintiff denied his doctor perscribed footwear and knee brace in the Segregation Unit at Maximum?

14. Were you the Warden at Med I and why are inmates given footwear at Med I Med II and High Security Seg and not Maximum Segregation?

15. Why are sentenced inmate at Med I Med II and High Security given outside recreation and not Maximum Security Seg inmates.

16 Why do Med I Med II High Security Segregation Units have outdoor recreation cages but not Max Seg?

17. Didn't the Plaintiff go 18 months without outside air or sunshine?

18. Are you aware of the policy on the use of gas?

19. When gas is used is there suppose to be a use of force report made out.?

20. Are you aware the Plaintiff was repeatedly gassed by Capt Ashton behind a locked cell door on December 8, 2006, January 28, 07 June 28, 07 and August 5, 07?

21. The Plaintiff was only extracted on August 5, 07 and there should be a VCR tape isn't that correct?

22. Are inmates suppose to be gassed behind a locked cell door without a camera present?

23. On September 13, 07 was defendant Ashton arraigned for assaulting a female counselor and spitting in her face?

24. Why isn't there a law cart or counselor in the Segregation block at Maximum?

25. Why were the Plaintiffs medications passed through the crack of his cell door and the cell trap open per D.O.C. policy?

1 18 08 Plaintiff Pro Se
Oliver Lyons
P.O. Box 8200
Cranston RI 02920

Certification

I the undersigned sent a copy of the enclosed interrogatories to defendant Warden Weeden on 1-18-08

Oliver Lyons
Plaintiff Pro Se
P.O. Box 8200