United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07-409 ML

In accordance with rule 33 of the Federal R of Civil P Plaintiff requests that Defendant Captain Ashton answer the following interrogatories under oath and that the answers be signed by the person making them and be served on the Plaintiff within 30 days of service of these interrogatories. If you cannot answer the following interrogatories in full after exercising due diligence to secure the information to do so so state and answer to the extent possible specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portions.

1. How long have you been a Captain at Maximum Security?

2. Do you know the policy on the use of gas on an inmate?

3. Are you suppose to gas an inmate behind a locked cell door without Camera present?

4. Are you suppose to make out a use of force report when you use gas?

5. Did you make out a use of force report on December 8, 2006 January 28, 2007 June 28, 2007 and August 5, 2007?

6. Was the Plaintiff extracted on August 5, 2007?

7. On June 28, 07 did you hold a can of gas to the Plaintiff's head after repeatedly gassing him and tell the Plaintiff to call you uncle Leo or you would gas him again?

8. Why was the Plaintiff moved from behind the hospital at Maximum Security where he was on single recreation and shower from Nov 17, 05 until July 17, 06

9. Did the Plaintiff receive outside recreation behind the hospital at Maximum?

10. Are inmates in Segregation suppose to collect food trays

11. After the Plaintiff was assaulted by an inmate while collecting food trays on December 8, 2006 why did inmates collect food trays for the next year?

12. Isn't it true inmate also received an extra food tray for collecting food trays?

13. Did you view the Surveillance tape of me allegedly spitting on defendant Pinheiro on August 5, 2007?

14. Did you spit on the Plaintiff while he was behind the hospital on August 7, 2007?

15. Isn't it true that in 1991 a United States District Court

Judge say you were acting with lawlessness and wasn't being disciplined at the ACI?

16. Didn't you get charged with assaulting a female counselor and spitting on her?

17. Were you arraigned in front of Ms Justice Bucci on September 13, 2007?

18. How many times have you been charged in Rhode Island State Courts with assault?

19. You wrote a discipline infraction on August 7, 2007 stating the Plaintiff spit on you. was there any witness?

20. After the Plaintiff was assaulted by an inmate named Erving Briggs on August 3, 06 causing a cut that needed 20 stitches didn't you still refuse to put the Plaintiff on single recreation and shower?

21. Isn't it true that the Plaintiff went 18 months without fresh air or sunshine in Maximum Segregation?

22. Why wasn't the Plaintiff allowed to have his doctor perscribed knee brace and footwear?

23. Why isn't there any outside recreation cages at Maximum Security Segregation?

24. Are you aware that to deny an inmate outside recreation for long periods of time is cruel and unusual?

25. How long have you now been suspended or on administrative leave since assaulting the female Counselor?

1-18-08

Plaintiff Pro Se
Oliver Lyons
P.O. Box 8280
Cranston R I 02920