United States District Court
For The District Of Rhode Island

Oliver Lyons
v
C.A. No 07-409 ML
A T Wall et al

Plaintiff Objection To Magistrate Hagopians Memorandum And Order dated February 5, 2008 where he denied Plaintiff motion for entry of default against defendant Captain Ashton for reason stated in the defendants objection.

This ruling is wrong for all of the following and the Plaintiff would ask this Court to look closely at Attorney Grants deceitful conduct.

On November 13 2007 the Plaintiff sent all defendants in case 07-409 ML Two waivers of summons one notice of Complaint and a Copy of Complaint 07-408 ML via inter departmental mail

Denied. Mary M. Lisi USDJ 2/21/08

Case 1:07-cv-00409-ML-JH Document 42 Filed 02/20/2008 Page 2 of 4

The Plaintiff is indigent and filed his Complaint informa Pauperis and the Court granted the Plaintiff informa Pauperis status.
Attorney Grant admits he received two waiver of summons and a copy of Complaint 07 409 ML for each defendant including defendant Captain Ashton.
First of all Attorney Grant admits he doesn't represent Capt Ashton. Why is he filing objections to the Court for Capt Ashton?
Why is the Court ruling on any objection filed by an Attorney who doesn't represent the litigant in question?
Why did Attorney Grant take receipt of two waiver of summons and a copy of Complaint for Capt Ashton?
Why did Attorney Grant not return the two waiver of summons and Complaint to the Plaintiff saying he did not represent the defendant?

Case 1:07-cv-00409-ML-JH Document 42 Filed 02/20/2008 Page 3 of 4

Why didn't Attorney Grant inform the Court?
The Plaintiff believes the Court should apply sanctions where Attorney Grant is concerned.
His actions are deceitful and his conduct unprofessional to say the least.
Defendant Ashton was indeed at the ACI and made comments to the Plaintiff that he was going to retain Attorney John Cicilline.
The Court is aware of the Plaintiff being in Segregation for 2 years 10 months consecutive and is allowing Attorney Grant to exploit his Segregation and lack of legal access and the Plaintiff mental illness.
Magistrate Hagopians rulings are so bias, prejudicial, lack legal precedent and makes the Plaintiff ashamed to live in this corrupt state.
Defendant Ashton must pay for service according to the Fed R of

Case 1:07-cv-00409-ML-JH Document 42 Filed 02/20/2008 Page 4 of 4

Civil procedure.
If the Court is going to allow Attorney Grant to object on motions where Capt Ashton is the only defendant and where Attorney Grant isn't his counsel then the Court should have Attorney Grant serve defendant Ashton.

Respectfully submitted
Plaintiff Pro Se
2-11-08 Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920

Certification

I the undersigned certifies he sent handwritten Objection to the U.S. District Court 1 Exchange Terrace and the defendants legal Counsel Attorney Grant 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se
2-11-08 Oliver Lyons

#4