**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**

v. **C.A. No. 07-409 ML**

**A.T. WALL, ET AL.**

**Memorandum and Order**

This matter is before the Court on the motion of the defendants to stay any further discovery in this matter until the defendants' motion to dismiss is adjudicated. No objection has been timely filed. Accordingly, defendants' motion to stay is hereby **GRANTED.**

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
February 26, 2008