UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C. A. NO. 07-409 ML

A. T. WALL, ET AL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Now come the Defendants in the above-entitled matter and hereby object to Plaintiff's motion to compel discovery as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS
By Their Attorney,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 21st day of February, 2008, I mailed a true copy of the within Defendants' Objection to Plaintiff's Motion to Compel Discovery and accompanying Memorandum to Oliver Lyons, P. O. Box 8200, Cranston, R. I. 02920.

/S/ Michael B. Grant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C. A. NO. 07-409 ML

A. T. WALL, ET AL

MEMORANDUM.

Plaintiff attempted to propound interrogatories upon Defendant Captain Ashton in January, 2008. Plaintiff indicates that he has received no answers from Captain Ashton and therefore moves to compel.

Defendant Ashton has not been served in this case. Plaintiff mailed a copy of the complaint to the undersigned shortly after Plaintiff filed the instant action; however, never served Captain Ashton personally. Captain Ashton has never contacted the undersigned relative to this action. In a letter dated February 4, 2008, the undersigned sent a letter to the Plaintiff indicating that the undersigned had received an envelope from the Plaintiff addressed to Captain Ashton containing interrogatories. The undersigned indicated to the Plaintiff that the Department of Corrections legal office did not represent Captain Ashton and that Ashton had not been served with the complaint and therefore, the interrogatories did not need to be answered. The undersigned has no knowledge whether or not Defendant Ashton had actually received process in this matter by any means, and it is not the duty of Legal Services to forward the complaint to him that was wrongfully served upon this office.

Accordingly, Plaintiff's motion should be denied.

Respectfully submitted,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864