United States District Court
For The District Of Rhode Island

Oliver Lyons
V
AT Wall et al

Ca No 07-409ML

Motion For Preliminary Injunction

Pursuant to Rule 65 Of The Fed Civil R of Procedures the Plaintiff moves this Court for preliminary injunction for all of the following Since the defendants received service of Complaint and two waiver of summons on November 15, 2007 the Plaintiff has been subjected to the following.

The Plaintiff was moved behind the hospital at Maximum Security and kept nude with a suicide blanket with no mattress, without legal work or access and without heat.

There are only four suicide cells in the Department Of Corrections and they are all at Intake Why? There must be 24 hour medical Staff on duty at all times.

At Maximum Security there isn't 24 hour medical staff.
On December 17, 07 the Plaintiff was moved to High Security where he still has a pending law suit on High Security officer.
The Plaintiff was put in a cell nude with only a suicide blanket and smock without any legal work nor access and where the Plaintiff is denied anything to eat with you must eat all foods with your hands.
High Security does not have 24 hour medical staff.
So they say I'm in a Observation Stabilization cell with a camera
The Plaintiff likes the camera.
but the Plaintiff can and will bleed out in a cell without 24 hour medical staff.
In 2003 nurse Cheryl Bailey stated "Inmate Lyons is covered in blood from his nose to his toes and there is blood everywhere and he has bites the size of half dollar in his wrist."

On January 25th 2008 I was moved to cell 7 in the same Stabilization block off camera despite my objections I would harm myself and this was told to Doctor Underwood psychiatrist for the D.O.C.

On January 25th 2008 I severely cut my wrist with a piece of razor and there was blood everywhere this was about 5 pm so nurse Cheryl Baxley could stop the flow of blood.

From 11pm until 7am there isn't any medical staff on duty and I could have bled out if I cut my wrist from 11pm-7am

This Court has denied the Plaintiff Counsel despite knowing of the lack of legal work, access, mental illness and sadistic and malicious assaults with multiple fractures upon the Plaintiff.

This case 07 409 ML the Plaintiff has been denied Counsel four times

A bloody shirt was thrown in a large plastic bag with all my legal

documents and now they say my legal work for four Courts is "bio hazards"

I cannot take anymore injuries and abuse plus 8 consecutive years in a Segregation cell without a Visit, phone call, T.V., Radio, newspaper knee brace magazines and now library books.

If you are in a cell with only a suicide smock and jacket nude without anything to eat with claiming to be suicidal this is a suicide cell and the Plaintiff is entitled to 24 hour medical staff. If this Court does not order the Plaintiff into the Forensic Unit or a hospital with 24 hour medical staff he will bite his arteries to cause severe bleeding between 11 pm and 7 am when their isn't any medical staff in the building and he will bleed out before the arrival of a nurse from Intake.

My death will show what Magistrate Hagopian and Chief Justice Lisi have allowed to continue for many years.
They can't say now they didn't have any knowledge of my abuse multiple fractures many many serious injuries lack of legal access destruction of discovery not making the defendants produce the most basic and very relevant discovery.
I will bleed out and there will not be any medical staff on duty contrary to policy and I will bleed out.
Copies of this letter with all my medical records are going to The Providence Journal and on the internet.
I have sent copies of this letter to a friend and she also has all previous medical records and history.

Plaintiff

2-25-08

Alvin Reynolds
P.O. Box 8200
Cranston, Rhode Island 02920

Certification

The undersigned sent a hand written copy to defendants Legal Counsel Attorney Grant 40 Howard Avenue Cranston RI 02920

Plaintiff Pro Se

2-25-08 Oliver Lyons

P.O Box 8200

Cranston RI 02920