United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07 409 ML

Plaintiffs Objection To Defendants Objection To Plaintiffs Motion To Compel Discovery For The Following

In The Defendants Memorandum There isn't any mention of items The Plaintiff asked for pursuant to Rule 34 Production of Documents

Surveillance Tapes for incidents of assault on Dec 8, 2006 January 28 2007 June 28, 2007 nor August 5th 2007

Extraction Tape for August 5th 2007

Use of force Reports for Dec 8, 2006 Jan 28, 2007 June 28 2007 and August 5th 2007 where gas was used contrary to D.O.C. policy

Policies on the use of gas

Medical records for Dec 8, 2006 Jan 28, 2007, June 28, 2007 and August 5th 2007

The Defendants cannot avoid the production of these items pursuant to Rule 34 a very basic tool of discovery

The Plaintiff also submitted interrogatories for defendant Warden James Weeden pursuant to Rule 33, another very basic tool of discovery
The Plaintiff has had all access to law books and any case law since he served the defendants on November 13, 2007 and that were received by the defendants on Nov 15, 2007
The Plaintiff has made the Court well aware of his conditions of confinement in a Segregation cell and for 3 months

in a psychiatric cell
The Plaintiff was so upset because of his lack of legal access he cut his wrist hoping to bleed out and die.
I was taken to Stat Care Emergency Center needing 9 stitches to close the cut.
The lady that stitched me was obviously not a doctor and I questioned her on what she was doing. She was a nurse! She stated "I'm doing a running stitch"
When I returned to the ACI the stitches all came out unravelling.
I now have an awful scar.
I am on blood thinners for blocked carotid arteries.
This Court refused to appoint Counsel for the 4th time.
I believe by ending my life by cutting my throat and wrists my abuse will be made public

The staff at the ACI have thrown my bloody shirt in a large plastic bag with all my legal papers and now say my legal papers for the 1st Circuit, U.S. District Court, the State Appellate Court and Superior Court are "Bio hazards"[18]
When I get my chance I will bleed out and my abuse will end.
What as been done to me shouldn't happen in the United States.
All my life I never did harm to anyone on the street.
This State is sick!
Its shameful!
Like always Attorney Grant avoids very relevant and basic tools of discovery.
The Plaintiff is entitled to Discovery and the Defendants Objection is without merit.

Plaintiff Pro Se
2-25-08 Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920

Certification

I the undersigned sent handwritten Copies of enclosed Objection to the U.S. District Court 1 Exchange Terrace Providence R I 02903 and to the defendants legal Counsel at 40 Howard Avenue Cranston R I 02920

Plaintiff
2-25-08 Oliver Lyons