United States District Court
For The District Of Rhode Island

RECEIVED
FEB 28 2008
Property of U.S. District Court
District of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07-409 ML

Dear Clerk
The enclosed letter and my death will lead to an investigation and Chief Justice Lisi and Magistrate Hagopian being dismissed from the Court and they should be.
What they have allowed to continue for years along with S.O.B. Torres will shock the Public.
The Providence Journal and many others will have this letter and all my medical records.
I never belonged in prison to begin with.
My death will put an end to 8 years of pain and suffering and the Court cannot say they didn't allow my pain and suffering to continue and my death the final outcome.

Plaintiff Pro Se
2-25-08 Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920

Certification

I the undersigned sent handwritten Copies of enclosed Objection to the U.S. District Court 1 Exchange Terrace Providence RI 02903 and to the Defendants Legal Counsel at 40 Howard Avenue Cranston RI 02920

Plaintiff
2-25-08 Oliver Lyons