United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07-409ML

Objection by Plaintiff To The Memorandum And Order dated February 26, 2008 granting Defendants Motion for Protective Order Staying all discovery

In Magistrates Hagopians Memorandum and order he states "No objection has been timely filed"

The Court docket will show the Plaintiff received the Defendants Objection on February 21, 2008

The Plaintiff has a copy but can't get copies made.

The Plaintiff filed an objection to the Defendants Motion on February 25 2008 only four days after receiving the defendants objection.

On February 26, 2008 Magistrate

Hagopian states the Plaintiff did not file a timely objection. Your ruling Magistrate Hagopian have become so prejudicial and bias and contrary to the Fed R Of Civil Procedure that you obviously don't belong on the Court. You Sir are the reason cowardly sick defendants like former Captain Ashton were allowed to abuse inmates for years.

Defendant Ashton was forced to retire at 51 years of age on January 28, 2008 or be fired.

2-28-08

Plaintiff
Oliver Lyons
P.O. Box 8200
Cranston Rhode Island 02920

Certification

The undersigned certifies he mailed a handwritten copy of his objection to Magistrate Hagopian's Memorandum and Order dated February 26, 2008 to the defendant legal counsel at 40 Howard Avenue Cranston RI 02920

Plaintiff

2-28-08 Oliver Lyons
P.O. Box 8200
Cranston RI 02920