UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C. A. NO. 07-409 ML

A. T. WALL, ET AL

DEFENDANTS WALL'S, WEEDEN'S, PEZZA'S, MELEO'S, COLEMAN'S, ODEN'S, DUFFY'S, TRAVERS', AND PINHEIRO'S RESPONSE TO PLAINTIFF'S OBJECTION TO THIS COURT'S MEMORANDUM AND ORDER DATED FEBRUARY 26, 2008

Now come the Defendants in the above-entitled matter and hereby respond to the Plaintiff's objection to this Court's Memorandum and Order dated February 26, 2008 granting Defendants' motion for protective order as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

/S/ Michael B. Grant
__________________________

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 6th day of March, 2008, I mailed a true copy of the within Defendants Wall's, Weeden's, Pezza's, Meleo's, Coleman's, Oden's, Duffy's, Travers', And Pinheiro's Response To Plaintiff's Objection To This Court's Memorandum And Order dated February 26, 2008 and accompanying Memorandum to Oliver Lyons, P. O. Box 8200, Cranston, R. I. 02920.

/S/ Michael B. Grant
__________________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C. A. NO. 07-409 ML

A. T. WALL, ET AL

MEMORANDUM

The Defendants on February 4, 2008 filed with this Court a motion for protective order to preclude the Plaintiff from filing any discovery requests during the pendency of the Defendants' dispositive motion. On February 26, 2008, this Honorable Court granted Defendants' motion on the grounds that the Plaintiff had not timely objected to the same. Plaintiff now objects to this Court's Order on the grounds that he did timely file an objection to the Defendants' motion. However, a review of the docket in this matter shows that Plaintiff failed to file any objection to the Defendants' motion, and accordingly, Plaintiff's objection to this Court's Order dated February 26, 2008 should be denied.

Respectfully submitted,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864