United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al

C.A. No 07 409 ML

Dear Clerk

On 3-4-08 I had a phone call with D.O.C. Legal Counsel Grant arranged by D.O.C. Counselor Tony Amaral.

Since Nov 15 07 when Attorney Grant received a Complaint, 2 waivers of summons and notice of Complaint for each defendant including defendant former Captain Ashton, Attorney Grant did not notify the Plaintiff nor the Court that he was not representing defendant Ashton nor did he forward the Complaint to defendant Ashton nor return it to the Plaintiff. The Plaintiff forwarded a Complaint 07-409 ML and two summons to the United States District Court to be served on defendant Ashton by Marshals

The Plaintiff cannot get the address of defendant Achtan.
Today 3-4-08 Attorney Grant said he would not release defendant Achtan address nor was it the Court obligation to find defendant Achtan address.
Since Nov 15, 2007 the Plaintiff has been in a psychiatric cell in a suicide smock or a Segregation cell without access to law books, law clerk, phone book, phone calls or large envelopes. The Plaintiffs legal document have all been confiscated.
How is the Plaintiff suppose to get defendant Achtan address?
I enclosed Counselor Amarak answer to my request form and once again say that Attorney Grants exploitation of the Plaintiffs conditions of confinement and mental illness is shameful.
The Plaintiff became so upset he cut his wrist on Jan 25, 08 needing 9 stitches to close.

The Plaintiff then cut his wrists on Feb 17, 2008 Feb 26, 2008 Feb 29, 2008 and March 2, 2008 in attempts to blood out causing his death.
This is all on film.
I cannot take anymore physical and mental abuse and if I get a razor blade I will slash my throat and wrists.

Plaintiff Pro Se
3-4-08 Oliver Lyons
P.O. Box 8200
Cranston, Rhode Island 02920

Certification
The undersigned mailed a handwritten copy of the enclosed letter to the U.S. District Court to the defendants legal counsel at 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se
3-4-08 Oliver Lyons