R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Tony Amaral Counselor DATE: 2 29 08

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) CO Tierney put a Complaint 07-409 ML and summons addressed to United States District Court for Defendant Ashton with money transfer slip Did it go to the United States District Court 1 Exchange Terrace Providence RI

INMATE NAME Oliver Lyons I.D.# 91023

WORK ASSIGNMENT: CELL NUMBER: D 12

H.S.C. ✓ MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE [signature] 2/29/08

**Disposition of Case**

RESPONSE: Call arranged To MIKE GRANT ON 3-4-08 — 12:55P.M.

SIGNATURE T Amaral TITLE [signature] DATE 3-4-08

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE - | DESIGNEE | WHITE - | INMATE |
| YELLOW - | " | YELLOW - | ASSOCIATE DIRECTOR |
| PINK - | " | PINK - | DESIGNEE |
| SALMON - | INMATE | | |

S - 10