United States District Court
For The District Of Rhode Island

Oliver Lyons

v CA No 07-409ML

A T Wall et al

Objection by Plaintiff To The Memorandum And Order dated February 26, 2008 granting Defendants Motion for Protective Order Staying all discovery

In Magistrates Hagopian's Memorandum and order he states "No objection has been timely filed"

The Court docket will show the Plaintiff received the Defendants Objection on February 21, 2008

The Plaintiff has a copy but can't get copies made.

The Plaintiff filed an objection to the Defendants Motion on February 25 2008 only four days after receiving the defendants objection.

On February 26, 2008 Magistrate

Denied. Mary M. Lisi USDJ 3/10/08

Case 1:07-cv-00409-ML-JH Document 49 Filed 03/03/2008 Page 2 of 3

Hagopian states the Plaintiff did not file a timely objection.
Your ruling Magistrate Hagopian have become so prejudicial and bias and contrary to the Fed R Of Civil Procedure that you obviously don't belong on the Court
You Sir are the reason cowardly sick defendants like former Captain Ashton were allowed to abuse inmates for years.
Defendant Ashton was forced to retire at 51 years of age on January 28, 2008 or be fired.

Plaintiff
2-28-08 Oliver Lynch
P.O. Box 8200
Cranston Rhode Island 02920