United States District Court
For The District of Rhode Island

Oliver Lyons
v
A T Wall et al

Ca No 07 409 ML

Motion For Preliminary Injunction

The Plaintiff pursuant to Fed R of Procedure 65 would ask the Court to stop the Department of Corrections A T Wall et al from the following.
The Plaintiff is in a Observation Stabilization Unit where you are on camera and can be seen nude, using the toilet changing underwear and this can now be viewed not only by officers in the control center but by LT, Captains, defendant A T Wall defendant Warden Weeden and also any female counselor with a monitor she can now access me going to the toilet and me nude in my cell.
This is a violation of my 8th and 14th Amendments to the Constitution.
The Plaintiff is not a freak to be

viewed like an animal.
The Plaintiff now has a camera that can view the Plaintiff in the dark.
How much radiation is the Plaintiff being exposed to?
The Plaintiff ask that the Court put a stop to this cruel and unusual treatment and that the Plaintiff has a right to some privacy in a cell in a medical unit.
The Plaintiff respectfully asks that this court put a stop to this practice.
This is not in any way shape or form a security issue.
Officers can viewed the Plaintiff on camera in the control center it is not necessary for the Plaintiff to be seen nude using the toilet by any person with a monitor and access code.

Respectfully submitted
3 20-08 Plaintiff Pro Se

Oliver Lyons
P.O. Box 8200
Cranston, R.I. 02920

Certification

The undersigned certifies he sent a handwritten copy of the enclosed Motion to the defendants legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920

3-20-08 Plaintiff Pro Se
Oliver Lyons
P.O. Box 8200
Cranston RI 02920

2008 MAR 20 A 10:38