United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall et al
Ca No 07 409 ML

Plantiffs Objection To Defendants Objection To Plaintiffs Motion For Preliminary Injunction for all of the following.

The defendants claim in the Statement Of The Facts submitted to the Court on February 14, 2007 the following
"It is clear that the Plaintiff has suffered from many mental illness and personality disorders for many years."
The Plaintiff was on disability for many years before entering prison for bi polar disorder Mal adaptive behavior disorder and Schizophrenia, but was nonviolent throughout his life and was on the proper medication and getting

proper medical treatment.
The defendants claim the Plaintiff "has displayed over long periods of time outrageous, violent, and disruptive behavior causing injury to himself"
"The Plaintiff has severely injured himself" See enclosed document
The Plaintiff would submit he did not cause any of the following injuries by self infliction while cuffed behind his back and or shackled and if he did why wasn't he put on camera and why wouldn't the defendants want the Plaintiff on camera? This way the Court could view a freak of nature in action self inflicting the following injuries over a four year period at High Security
The Plaintiff would ask the Court if half of what the defendants claim is true why isn't he found to be incompetent and in the

Forensic Unit at the Pinel building or a psychiatric hospital
These are the injuries the defendants claim were self inflicted
10-18-2000 Transported to Rhode Island hospital with head trauma with loss of consciousness, temple abrasions hematoma to back of head neck injuries concussion and shoulder injuries. The Plaintiff was cuffed behind his back.
4-18-01 Beaten unconscious with concussion multiple cuts and bruises while cuffed behind his back. RI hospital Where are the many pictures taken?
11-3-1 Beaten once again in my cell sustaining abrasions and torn ACL MCL meniscus and damage Patella Taken to Stat Care Emergency
12-17-01 Abrasions and cuts to almost entire body and X Rays show fractured ribs Transported to Stat Care
8-28-02 dislocated jaw and cuts Transported to Intake

12-30-02 Beaten again in my cell while handcuffed behind my back sustaining fractured rib and cuts with lacerated kidneys and bruised liver with internal bleeding for 5 days before being Transported to Rhode Island hospital
6-11-03 Beaten while laying in the middle of my cell floor sustaining multiple facial fractures and lacerated eye cornea.
Rushed into Rhode Island hospital Trauma 1 Unit for many hours
Extraction Tape with sound on VCR filmed by cameraman is lost. All photo's Lost
Photo's Taken by Internal Affairs Inspector Lopez
8-24-03 Assaulted by State Marshal caught on digital film.
Officers say I self inflicted
Nurse said an inmate assaulted me
The film confiscated by State Police show the Marshal banging my head off the cell wall!

8-19-03 Assaulted while cuffed and shackled Repeatedly kicked in the crotch Area.
Pictures ordered Taken in Providence District Court by Chief Justice De Robbio.

2-26-04 handcuffed behind my back and thrown up against a steel door frame and window. I sustained stitches to my head but refused to go to Rhode Island hospital with the same officers who assaulted me. Wouldn't you refuse?
2-27-04 Assaulted once again while cuffed behind my back being kicked repeatedly in the ribs and faces.
X Rays inconclusive because old rib fracture are not completely healed.

On page two of the defendant Memorandum in support of their objection to the Plaintiff Motion For Preliminary Injunctive Relief they state that the Plaintiff claims he was kept behind the hospital nude, the Plaintiff was, there wasn't any smock at Maximum Security and there wasn't any legal work nor any heat the thermostat was broke for 3 weeks.

I was put there by defendant Oden Travers and Warden Weeden after filing my Complaint 07-409 ML.

I wasn't suicidal but this was in retaliation for my Complaint. The defendants claim I allege on December 17 2007 I was moved back to High Security and put in an Observation Stabilization Unit with a Suicide smock suicide blanket and on camera without any legal work and made to eat

with my hands.
All true
The defendant forget to say the law cart was removed from the block the very first day I arrived with all library books and denied a law clerk.
I was then given my clothes footwear eating utensils and cosmetics and legal work and put on stage two of this alleged program.
I was told for weeks the law cart was being "revised" along with library books.
Then on January 25, 2008 after telling a Dr. Underwood a compulsive liar I would cut myself if taken off camera a LT Galligan had me taken off camera and put in cell 3
I severely cut my wrist causing bleeding everywhere and taken to Stat Care and given 9 stitches.

If it was from 11 pm to 7 am shift I would have bled out and died. They the D.O.C. claim 24 hour medical staff is not needed although an inmate is in a suicide smock suicide blanket no eating utensil nor toothbrush or soap.

The D.O.C. say its not a suicide cell so 24 hour medical staff isn't needed.

If it walks like a duck and quacks like a duck its a duck.

After I cut myself I was once again put in a suicide smock and blanket and made to eat like an animal.

I was again on camera.

Then I received my legal work and clothes but no law books and was kept on camera.

Then I was moved to cell 7 off camera despite my objections and cut myself

All my clothes and legal work and sneakers were put in Biohazard bags and kepted for evidence.
On Feb 26, I again cut myself because all my legal work was being kept.
I was taken to Stat Care Emergency Center once again.
On February 29 2008 CO Rodrigues and CO Ventura watched for over two hours while I cut myself with a toothbrush, deodorant cover, toothpaste cup and medication cover.
The CO's were telling me to cut your throat cut your throat as I wrote in blood on the cell walls.
I have requested that film on Feb 29 2008 from Deputy Warden Collins, Capt Headen and Capt Burt.
They all refuse to respond.
On March 2, 2008 I cut myself with a piece of glass.
I would rather cut my wrists and throat and bleed out than suffer more beatings

The Plaintiff respectfully ask that the defendants Objection to the Plaintiffs Motion For Preliminary Injunction be denied

Respectfully submitted
3-20-08 Oliver Lyons Plaintiff Pro Se
P.O. Box 8200
Cranston Rhode Island 02920

Certification

The undersigned hereby certifies that on 3-20-8 he mailed a true copy of the Plaintiffs Objection to the defendants Objection to his Motion For Preliminary Injunctive Relief

Plaintiff
3-20-08 Oliver Lyons

FILED