United States District Court
For The District Of Rhode Island

Oliver Lyons
v. Ca No 07 409 ML
A T Wall et al

Dear Clerk

On November 15, 2007 the defendants legal Counsel Attorney Grant was given a Complaint 07 409 ML a notice of Complaint and two waivers of summons for each defendant.
Attorney claims he doesn't have defendant Ashton as a defendant. Attorney Grant never notified the Plaintiff defendant Ashton nor the Court.
The Plaintiff then sent the Court another Complaint and 2 summon to be served by Marshals at defendant Ashton expense because the Plaintiff is indigent and was granted in Forma Pauperis status

The Court hasn't notified the Plaintiff is defendant Ashton was served

On a telephonic conference legal Counsel Grant to the Plaintiff he would not release defendant Ashton address. The Counselor present said he would not access it despite the Plaintiff being in Segregation. I was denied a phone book. An officer gave me defendant Ashtons address

It is

Leo Ashton
51 Roberts Drive
Cranston, Rhode Island

Certification

I hereby certify I mailed the address of defendant Ashton to the U.S. District Court 1 Exchange Terrace Providence Rhode Island 02903 and to attorney although he claims not to represent defendant Ashton

3 24-08 Plaintiff Pro Se

[signature]