United States District Court
For The District Of Rhode Island

Oliver Lyons Pro Se
v. Ca No 07 409 ML
A T Wall et al

Objection by the Plaintiff To Report And Recommendation of Magistrate Hagopian To Dismiss his Law Suit 07 409 ML For The following Fed R 72(b)

The Plaintiff filed his law suit under Federal law passed by the U.S. Congress The ADA Americans with Disabilities Act 12101-12213 The ADA allows for Attorney fees including prisoners with disabilities The United States District Court For The District Of Rhode Island is well aware of this law but would not appoint Counsel despite four attempts by the Plaintiff to do so.

The defendants submitted documents to the Court claiming The Plaintiff suffers from mental illness and personality disorders and self inflicted

very serious injuries to himself many many times.
The Plaintiff never self inflicted any of the very serious injuries where he was transported to outside Emergency rooms to Stat Care Emergency Center and Rhode Island hospital
The Plaintiff prior to entering prison in 2000 did not have any history of violent behavior but was on disability for severe mental illness.
Bi polar disorder Schizophrenia and Mal adaptive behavior disorder that with proper medication and doctors care he could lead a normal life.
Since filing his Complaint 07-409ML in November 2007 the defendants after be served with the Complaint had the Plaintiff's legal papers removed from his cell and he was put nude behind the hospital at Maximum Security where all the defendants works For three weeks the Plaintiff

was kept nude in a cell with a camera that is not a suicide cells.

The only suicide cells in the Department of Correction are at Intake hospital where there is 24 hour medical care.

After three weeks without heat and tormented without any legal materials or access I was moved to High Security Center and put in a Unit called the Observation Stabilization Unit

In this Unit I was put in a cell with a suicide blanket and suicide smock.

This is not a suicide cell because there isn't 24 hour medical staff.

So they call it a phase 1 cell where it mirrors the conditions of a suicide cell.

I have ~~kepl~~ been kept in this Unit since filing my law suit.

This is in retaliation and all law books are kept from me.

Magistrate Hagopians rulings in refusing to appoint Counsel is erroneous and contrary to law.

When they made attempts to move me off camera and I was put in a cell without a camera I self inflicted a serious cut to my wrist to bleed out.

I had told the doctor ahead of time.

I would rather cut myself to stay on camera than sustain multiple fracture from beatings

I was taken to outside hospital on January 25, 2008 and received eight stitches

I was put back on camera then taken off.

I again seriously cut myself on Feb 17 2008 Feb 26, 2008 going to Stat Care Emergency once again on February 26 2008 On Feb 29 2008 with still being denied my legal documents

I was watched by four officers on camera for 2 hours cut myself with a broken toothbrush broken deodorant cover medication cover and toothpaste cover.
The officers were laughing telling me to cut my throat and do a good job
I wrote on the walls in blood
No legal work no access
Counsel should be appointed because of the Plaintiffs mental illness which after 8 years in isolation is much worse.
People with mental disabilities should not be discriminated against and abuse emotionally and physically.
Magistrate Hagopian and Chief Justice Lisi should have appointed Counsel because of the ADA and the Plaintiffs mental health
The Plaintiff was on disability long before he was ever incarcerated.

Counsel should have been appointed under Federal Law passed by The U.S. Congress.

Respectfully submitted

3-25-08 Plaintiff

Oliver Lyons

P.O. Box 8200

Cranston, R.I 02920

Certification

I the undersigned sent a handwritten copy of my Objection To Magistrate Hagopians Report and Recommendation To defendants legal Counsel at 40 Howard Avenue Cranston R.I 02920

3-25-08 Plaintiff

Oliver Lyons