UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C. A. NO. 07-409 ML

A. T. WALL, ET AL

DEFENDANTS' RESPONSE TO
PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION

Now come the Defendants in the above-entitled matter and hereby respond to the Plaintiff's objection to the Report and Recommendation issued by Senior United States Magistrate Judge Jacob Hagopian on March 18, 2008.

DEFENDANTS,
By Their Attorney,

/S/ Michael B. Grant

______________________

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 2nd day of April, 2008, I mailed a true copy of the within Defendants' Response To Plaintiff's Objection To Report And Recommendation and accompanying Memorandum to Oliver Lyons, P. O. Box 8200, Cranston, R. I. 02920.

/S/ Michael B. Grant

________________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C. A. NO. 07-409 ML

A. T. WALL, ET AL

MEMORANDUM

On or about January 18, 2008, Plaintiff filed with this Court a motion to dismiss this case. Defendants did not object to the motion. On March 18, 2008, Senior United States Magistrate Judge Jacob Hagopian recommended to this Honorable Court that Plaintiff's motion be granted. Plaintiff now objects to the Report and Recommendation.

Plaintiff's first references the fact that this Court has on four occasions denied his motion for appointment of counsel. Plaintiff continues to urge that he is entitled to counsel on the basis that his complaint, in part, is premised upon the Americans With Disabilities Act which provides for attorney's fees to a prevailing party. Plaintiff wrongfully concludes that he maintains a right to an appointment of counsel on the basis that the A.D.A. merely provides for attorney's fees to a prevailing party. Plaintiff also urges that he is mentally ill; however, he has never shown any credible evidence to substantiate his allegations. Thirdly, Plaintiff urges that since the filing of his complaint, his legal papers have been removed from his cell resulting in he being denied access to this Court. Since the filing of this complaint in December 2007, Plaintiff has filed numerous motions, objections and letters to various judges concerning the issues in this case. Plaintiff has had access to this Honorable Court.

CONCLUSION

All of the Plaintiff's arguments contained in his objection in no way are relevant to the Report and Recommendation in question and totally lack merit. Accordingly, Defendants urge that the Report and Recommendation entered by Senior United States Magistrate Judge Jacob Hagopian on March 18, 2008 be accepted by this Honorable Court.

Respectfully submitted,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864