UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. CA 07-409 ML

A.T. WALL, et al.

## ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Hagopian on March 18, 2008. I have reviewed the Report and Recommendation and adopt it in its entirety. The Plaintiff's Motion to Dismiss is GRANTED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
April 4, 2008