RECEIVED
APR 11 2008
Property of U.S. District Court
District of Rhode Island

United States District Court
For The District Of Rhode Island

Oliver Lyons
v.                                        Ca. No. 07-409 ML
AT Wall et al

Notice To The United States District Court That The Plaintiff will Appeal Magistrate Hagopian's Report And Recommendation dated March 18, 2008 and accepted by Chief Justice Lisi To The First Circuit Court Of Appeals.

Plaintiff Pro Se
4-8-08    Oliver Lyons
P.O. Box 8200
Cranston, Rhode Island 02920

Certification

I the undersigned certify I sent a handwritten copy of Notice Of Appeal To the defendants Legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se
4-8-08    Oliver Lyons